B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Y-ME National Breast Cancer Organization, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Breast Cancer Network of Strength | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-3049954 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>135 S. LaSalle St., Ste. 2000<br>Chicago, IL                                ZIP Code 60603 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Y-ME National Breast Cancer Organization, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Y-ME National Breast Cancer Organization, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ Christine L. Childers<br>Signature of Attorney for Debtor(s)<br><br>Christine L. Childers<br>Printed Name of Attorney for Debtor(s)<br><br>JENNER & BLOCK LLP<br>Firm Name<br><br>353 N. Clark St.<br>Chicago, IL 60654<br><br>Address<br><br>312-222-9350  Fax: 312-527-0484<br>Telephone Number<br><br>July 17, 2012<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Maureen Durack<br>Signature of Authorized Individual<br><br>Maureen Durack<br>Printed Name of Authorized Individual<br><br>Chair, Board of Directors<br>Title of Authorized Individual<br><br>July 17, 2012<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re: Y-ME National Breast Cancer Organization, Inc.
Debtor(s)

Case No.
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 0.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    N/A - Representation of Debtor on pro bono basis

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    N/A - Representation of Debtor on pro bono basis

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: July 17, 2012

/s/ Christine L. Childers
Christine L. Childers
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
312-222-9350  Fax: 312-527-0484

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re: Y-ME National Breast Cancer Organization, Inc.  
Debtor(s)

Case No.  
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 322

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: July 17, 2012

/s/ Maureen Durack  
Maureen Durack/Chair, Board of Directors  
Signer/Title

135 S. LaSalle Property LLC
c/o AmTrust Realty Corp., as Agent
135 S. LaSalle St., Building Office
Chicago, IL 60603

Ameritas Life of NY
ATTN: Jenny Garcia
18 Marlin Rd.
Centereach, NY 11720

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

300 West Adams (Chicago) LLC
c/o Private Bank & Trust Co.
Chicago, IL 60664

Amoena USA Corp.
1701 Barrett Lakes Rd., Ste. 410
Canton, GA 30114

Attorney General
Registry of Charitable Trust
P.O. Box 903447
Sacramento, CA 94203-4470

3201 Old Jacksonville Rd., LLC
3201 Old Jacksonville Rd.
Springfield, IL 62711

Amoena USA Corp.
2736 Momentum Place
Chicago, IL 60689-5327

Carmelita Austin-Schreher
812 Almar Ave.
Santa Cruz, CA 95060

501©(3) Agencies Trust
10080 N. Wolfe Rd.
SW3, Suite 520
Cupertino, CA 95014

AmTrust Realty Corp. A/A/F
As Agent for 135 S. LaSalle Property LLC
ATTN: Anne M. Holker
250 Broadway
New York, NY 10007

Avera Sacred Heart Hosp.
501 Summit St.
Yankton, SD 57078

Admin. Unemployment Compensation
Dept. of Labor
Dept. 417329
P.O. Box 2905
Hartford, CT 06104-2905

AmTrust Realty Corp. A/A/F
135 S. LaSalle St. Mgmt. Office
135 S. LaSalle St., Ste. 2430
Chicago, IL 60603

Edgar Avery
104 County Line Rd.
Rock Spring, GA 30739

Admin. Unemployment Compensation
P.O. Box 2940
Hartford, CT 06104-2940

Anixter Center
6677 Lincoln Ave., Ste. 400
Lincolnwood, IL 60712-3634

Background Bureau, Inc.
2019 Alexandria Pike
Newport, KY 41076

Alexander & Greep Ins.
2727 E. Oakland Park Blvd.
Ste. 200
Fort Lauderdale, FL 33306

Arizona Corporation Comm'n
c/o Annual Reports/Corp. Div.
1300 W. Washington
850072929

Lori Baldwin
17356 Via Alamitos
San Lorenzo, CA 94580

Kathy Alleman
3426 Bedivere Ct.
Annandale, VA 22003

Laura Arnold
9218 Dayton Pike, #84
Soddy Daisy, TN 37379

Bank of America NA
P.O. Box 15222
Wilmington, DE 19886-5222

Susana M. de Alvizuri
3827 Celeste Lane
Naperville, IL 60564

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

BCSS
1400 McCallie Ave.
Chattanooga, TN 37404

American Color Labs, Inc.
611 W. Adams St., 1st Flr.
Chicago, IL 60661

AT&T Advertising Solutions
P.O. Box 989046
West Sacramento, CA 95798-9046

BellSouth
P.O. Box 163250
Columbus, OH 43216-3250

Sue Bennett
1550 Eligie Lane
Davis, CA 95618

Boxer F2, LLP
c/o 30 Hutt Plaza
P.O. Box 4737
Houston, TX 77210-4737

Canon Business Solutions, Inc.
15004 Collections Dr.
Chicago, IL 60693

Bill Pollack Music
1317 Greenwood
Evanston, IL 60201

Theresa Brizzi
9210 Pembrooke
Orland Park, IL 60462

Canon Financial Services, Inc.
158 Gaither Dr., Ste. 200
Mount Laurel, NJ 08054

Debbie Black
1907 N. Peters St.
Carson City, NV 89706

Kelly Bruno
1015 W. Wolfram Apt. 2
Chicago, IL 60657

Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693

Blackbaud
2000 Daniel Island Dr.
Charleston, SC 29492-7541

The Business Press
4250 N. Old River Rd.
Schiller Park, IL 60176-1630

Carolyn Carosella
12839 San Vicente
Los Angeles, CA 90049

Blackbaud
P.O. Box 515041
Los Angeles, CA 90051

Caffe Baci
P.O. Box 641399
Chicago, IL 60664-1399

Joseph Cashman
1608 S. Wabash Ave., Unit 3
Chicago, IL 60616

Blackbaud
P.O. Box 930256
Atlanta, GA 31193-0256

California B/C Organization
900 Kent Dr.
Davis, CA 95616

CB Richard Ellis, Inc.
One E. Broward Blvd., STe. 915
Fort Lauderdale, FL 33301

The Blackstone Renaissance
636 S. Michigan Ave.
Chicago, IL 60605

California Employment Dev. Dept.
P.O. Box 826880, UPICD, MIC 40
Sacramento, CA 94280

Carolyn Charkey
724 Ponderosa Dr.
Fort Collins, CO 80521

Blue Cross and Blue Shield of Illinois
ATTN: Celi Perez
300 E. Randoph St.
Chicago, IL 60601-3713

California Franchise Tax Board
3221 Power Inn Rd., #250
Sacramento
Sacramento, CA 95826-3893

Chatham Beauty
1637-1649 E. 95th St.
Unit J
Chicago, IL 60617

Bowden, Inc.
P.O. Box 722
Bixby, OK 74008

Elizabeth Campbell
1059 W. Oakdale
Chicago, IL 60657

Chicago Park Dist.
Dept. of Park Servs.
541 N. Fairbanks Ct.
Chicago, IL 60611

Pam Bowden
P.O. Box 722
Bixby, OK 74008

Canon Business Solutions, Inc.
300 Commerce Square Blvd.
Burlington, NJ 08016

Chicago Transit Authority
ATTN: Chicago Card
901 W. Division St.
Chicago, IL 60622-4216

Chicago-Kent College of Law
565 W. Adams St.
Chicago, IL 60661

Colorado Dept. of Revenue
1375 Sherman St.
Denver, CO 80261

Continental Transp. Solution
Slot 302185
P.O. Box 66973
Chicago, IL 60666-0973

Christy Webber Landscapes
2900 W. Ferdinand
Chicago, IL 60612

Colorado Dept. of Workforce Dev.
733 17th St.
Denver, CO 80202-3660

Copier and Comuter Sys.
P.O. Box 470567
Tulsa, OK 74147-0567

Circulation Serv. American, Inc.
18161 E. Linvale Dr.
Aurora, CO 80013

Colorado State Treas.
Unemployment Ins. Tax
P.O. Box 46545
Denver, CO 80201-6545

Copilevitz & Canter LLC
310 W. 20th St., Ste. 300
Kansas City, MO 64108

Citrix Online
File 50264
Los Angeles, CA 90074-0264

Comcast Phone LLC
16333 Collections Center Dr.
Chicago, IL 60693

Coping
Media America
P.O. Box 682268
Franklin, TN 37068-2268

Citrix Systems, Inc.
P.O. Box 932841
Atlanta, GA 31193-2841

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Copperhill Water & Sewer
P.O. Box 640
Copperhill, TN 37317

City of Chicago, Dept. of Transp.
ATTN: Public Way Permit Office
City Hall, Room 905
121 N. LaSalle St.
Chicago, IL 60602

CommDirect
710 N. Aberdeen
Chicago, IL 60622

Beth Cordingley
4643 S. Gary Pl.
Tulsa, OK 74145

Betty Claggette
7601 S. Aberdeen
Chicago, IL 60620

Commonwealth of Pennsylvania
207 N. Office Building
Harrisburg, PA 17120

Linda Cork
3618 N. Colorado
Indianapolis, IN 46218

Elly Cohen
UCSF Breath Health Projects
3450 California St.
San Francisco, CA 94118

Communications Direct, Inc.
735 Hunter Dr., Unit F
Batavia, IL 60510

Cort Furniture
2725 Davey Rd., Ste. 200
Woodridge
Woodridge, IL 60517

Coldwell Banker Commercial
3201 Old Jacksonville Rd.
Springfield, IL 62711

Community Health Charities
200 N. Glebe Rd., Ste. 801
Arlington, VA 22203

Cox Commc'ns
P.O. Box 182819
Columbus, OH 43218-2819

Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

Conference America
P.O. Box 241188
Montgomery, AL 36124-1188

Mary Craige
5308 Weymuth Dr.
Springfield, VA 22151

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

Div. of Corporations
Prof. License Corp. Section
P.O. Box 110806
Juneau, AK 99811-0806

Event Creative
219 N. Paulina St.
Chicago, IL 60612

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

DST Systems, Inc.
ATTN: Plan Administrator
2454 Collections Center Dr.
Chicago, IL 60693

Everbank Comm'l Finance
Dept. 1608
Denver, CO 80291-1608

Custom Design, Inc.
795 Dave Date Dr.
Roselle, IL 60172

Jane Dvorak
11021 W. 27th Pl.
Denver, CO 80215

Susan Ewing LCSW
3069 S. Broad St., Ste. 9
Chattanooga, TN 37408

Dalton Utilities
1200 V.D. Parrott, Jr., Pkwy.
P.O. Box 669
GA 30772-0869

EasyTel Commc'ns
7335 S. Lewis AVe., Ste. 100
Tulsa, OK 74136

Express Merchant
P.O. Box 17548
Denver, CO 80217-7548

Datapipe
P.O. Box 36477
Newark, NJ 07188

Edge Show Tek
3354 Commercial Ave.
Glencoe, IL 60022

Extra Space Storage
Herndon - Spring St.
Herndon, VA 20170

Dept. of Financial Institutions
P.O. Box 7846
Madison, WI 53707-7846

Edigin
2519 N. Van Buren
Enid, OK 73703

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Ester Diaz
2127 44th St.
Highland, IN 46322

Electric Power Bd.
P.O. Box 182254
Chattanooga, TN 37422

Fifth Third Bank
Int'l Accounting
P.O. Box 633589
Cincinnati, OH 45263-3589

Diners Club
P.O. Box 5732
Carol Stream, IL 60197-5732

Emerald Hills Executive Plaza LLC
Brenner Real Estate Group
ATTN: Scott F. Brenner
1500 W. Cypress Creek Rd., Ste. 409
Fort Lauderdale, FL 33309

Fig Media Inc.
1120 W. Granville Ave.
Chicago, IL 60660

Director of Revenue
Secretary of State
P.O. Box 1366

Emerald Hills Executive Plaza LLC
1500 W. Cypress Creek Rd.
Fort Lauderdale, FL 33309

Sandra Finestone
17952 Sky Park Circle
Irvine, CA 92614

Disability Legal Rights Ctr.
800 S. Figueroa, Ste. 1120
Los Angeles, CA 90017

Andrea Evans
503 S. Navajo Trail
Wheeling, IL 60090-5132

First Tenn. Home Equity
Line of Credit
P.O. Box 2351
Memphis, TN 38101-2351

Doreen Fogle
P.O. Box 1388
Magalia, CA 95954

Kathy Gill
4508 E. LeMarche Ave.
Phoenix, AZ 85032

Pfeifer Consulting
1736 Franklin St., Ste. 600

Foundation Center
Subscription Services
79 Fifth Ave.
New York, NY 10003

GRE Properties Sheridan Hills LLC
1400 NW 107th AVe., 4th Fl.
Miami, FL 33172

Carmen Hernandez
114 Mifflin St.
Lebanon, PA 17046

Fox Valley Harley Davidson
ATTN: James Wallish
131 S. Randall Rd.
Saint Charles, IL 60174

Joani Gudeman
3922 N. Hermitage
Chicago, IL 60613

Ric Hernandez
6151 N. Francisco
Chicago, IL 60659

Franchise Board Treasurer
P.O. Box 942570701

Guestbooker.com
1204 Vintage Grove Lane
Franklin, TN 37064

Misty HIbbits
6884 Bishops Crossing Circle
Dublin, OH 43016

Freeman
3323 IH-35N, Ste. 120
San Antonio, TX 78219

Judy Guitelman
730 N. Oak St.
Hinsdale, IL 60521

Hotel Allegro Chicago
171 W. Randolph St.
Chicago, IL 60601

Friends of Cancer Research
Sutie 1050, South Tower
1800 M. St. N.W.
Washington, DC 20036

Kathi Hansen
1240 Washington St.
Wrightstown, WI 54180

Howard Marcus & Berk
500 W. Madison St., Ste. 3700
Chicago, IL 60661

Cindy Geoghegan
3 Pheasant Dr.
Madison, CT 06443

Harrison Self Storage
2323 Second St.
Davis, CA 95616

HUB International Northeast Limited
ATTN: Tyran Sullivan
100 Sunnyside Blvd.
Woodbury, NY 11797

Georgia Dept. of Labor
148 Andrew Young Int'l Blvd.
Atlanta, GA 30303-1751

Debbie Hayes
20945 Cherokee Terrace
Sterling, VA 20165-5854

Coza Huffman
8518 E. 156th St., N
Collinsville, OK 74021

Georgia Dept. of Revenue
1800 Century Blvd.
Atlanta, GA 30345

Deborah Hayes
20945 Cherokee Terr.
Sterling, VA 20165

Lauren Hughes
33 E. Cedar #3A
Chicago, IL 60611

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Heatmasters, Inc.
5540 W. Lawrence Ave.
Chicago, IL 60630

Hurt Financial Associates LLC
50 Hurt Plaza, Ste. 800
Atlanta, GA 30303

| | | |
|---|---|---|
| Michal Huston<br>5 Aldine Rd.<br>Lake Zurich, IL 60047 | Taffy Entertainment<br>Creative Services LLC<br>205 W. Goethe<br>Chicago, IL 60610 | Sandya Kirshnan<br>921 W. Webster #2<br>Chicago, IL 60614 |
| Illinois Attorney General<br>100 W. Randolph St.<br>Chicago, IL 60601 | JCDecaux Chicago LLC<br>3 Park Ave., 33rd Flr.<br>New York, NY 10016 | Lakeshore Athletic Services<br>7555 N. Linder<br>Skokie, IL 60077 |
| Illinois Dept. of Employment Security<br>Bankruptcy Collection Unit<br>33 S. State St., 10th Flr.<br>Chicago, IL 60603 | Jones Public Affairs<br>1420 K. St., NW, Ste. 1050<br>Washington, DC 20005 | Meredith Lander-Cobb<br>1417 Teeters Lane<br>Glenwood Springs, CO 81601 |
| Illinois Dept. of Rev.<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | K&M Printing<br>1410 N. Meacham Rd.<br>Schaumburg, IL 60173 | Elena Lawrence<br>3106 Silverwood Dr.<br>Fort Collins, CO 80525 |
| Indiana Dept. of Rev.<br>Bankruptcy Section - N-203<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Arline Kalick<br>1887 Spruce Ave.<br>Highland Park, IL 60035 | The Lock Up<br>1930 N. Clybourn Ave.<br>Chicago, IL 60614 |
| Indiana Dept. of Workforce Dev.<br>Indiana Gov't Center South<br>10 N Senate Ave.<br>Indianapolis, IN 46204 | Kansas Secretary of State<br>Memorial Hall<br>120 SW 10th Ave., 1st Floor<br>Topeka, KS 66612-1594 | Macke Water Sys., Inc.<br>ATTN: Accts. Rec.<br>P.O. Box 545<br>Wheeling, IL 60090-0545 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Sean T. Kennedy<br>2123 N. Bissell St.<br>Chicago, IL 60614 | Felice Mandell<br>12243 SW 50th St.<br>Fort Lauderdale, FL 33330 |
| Internet Connection INc.<br>600 Dover Rd., Ste. 204<br>Easton, MD 21601 | Susan King<br>3235 Via Alicante #52<br>La Jolla, CA 92037 | Marathon Printing, Inc.<br>P.O. Box 30627<br>Portland, OR 97294-3627 |
| Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 | Patti Klapmeier-Zenaty<br>26645 N. Anderson Rd.<br>Wauconda, IL 60084 | Marathon Sportswear, Inc.<br>12751 S. Homan Ave.<br>Blue Island, IL 60406 |
| Jack R. Creel & Assocs.<br>P.O. Box 801083<br>Houston, TX 77280-1083 | Laurie Knott<br>P.O. Box 706<br>Easton, WA 98925 | Luisa Martinez<br>3607 W. 58th Pl.<br>Chicago, IL 60629 |

Maryland Secretary of State
State House
Annapolis, MD 21401

Karen Moore
5500 N. Kingsbury #319
Chicago, IL 60610

NYS Dept. of Law
120 Broadway
New York, NY 10271

Pam Mason
7200 N.W. 2nd Ave., #52
Boca Raton, FL 33487

Mueller & Co., LLP
2560 Foxfield Rd., Ste. 300
Saint Charles, IL 60174

Sonia Ocasio
262 W. Ridge Rd.
Nottingham, PA 19362

Master Brew
ATTN: Accounts Receivable
P.O. Box 1508
Northbrook, IL 60065-1508

Mutual of America
4 Westbrook Corporate Center, #240
Westchester, IL 60154-5736

Office Team
12400 Collections Center Dr.
Chicago, IL 60693

McCallie Properties
1400 McCallie Ave., Ste. 240
Chattanooga, TN 37404

Mutual of Omaha
Long Island Group Office
290 Broadhollow Rd., Ste. 404
Melville, NY 11747

Oklahoma Secretary of State
2300 N. Lincoln Rd., Room 101
Oklahoma City, OK 73105-4897

Kelly McCluskey
2365 Oberon Walk
Smyrna, GA 30080

Neopost USA
478 Wheelers Farms Rd.
Milford, CT 06461

Oncology Nursing Society
c/o Anthony J. Jannetti, Inc.
East Holly Ave./Box 56
Pitman, NJ 08071

Medical Safety Engrng., Inc.
19 W 023 Barbizon
Oak Brook, IL 60523

Netrix
2801 Lakeside Dr., 3rd Floor
Deerfield, IL 60015

Optimal
P.O. Box 20505
FL 33632-0746

Shirley A. Mertz
1481 Thor Dr.
Palatine, IL 60067

Ethel Nettlesbey
2223 E. 70th Place, Apt. 1W
Chicago, IL 60649

Oregon Dept. of Justice
1515 SW 5th Ave.., Ste. 410
Portland, OR 97201

Mid-Atlantic Tel. Corp.
5 Thornton Rd.
Gaithersburg, MD 20878

Nevada Legal Press
3301 S. Malibou AVe.
Pahrump, NV 89048-6489

Output Services
6410 Odell Pl.
Boulder, CO 80301

Midwest Interstate Elec.
1355 W. North Ave.
Chicago, IL 60642

Nancy Nixon
436 Knollwood Dr.
Wood Dale, IL 60191

Amy Overby
943 N. Taylor Ave.
Oak Park, IL 60302

ModSpace
1425 Gifford Rd.
Elgin, IL 60120

North Carolina Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0622

PA&T Insurance Brokers
ATTN: Paul Alberts and Joan Jensen
Orland Executive Tower
15255 S. 94th Ave., Ste. 200
Orland Park, IL 60462

Paramount Events
1351 W. Roscoe St.
Chicago, IL 60657

Plan A: Creative Events LLC
2140 W. Division St., #2
Chicago, IL 60622

Printing Arts
2001 W. 21st St.
Broadview, IL 60155


Gabriella Pehanich
2262 W. Leland Ave.
Chicago, IL 60625

Portajane Chicago
3090 N. Lake Terr.
Glenview, IL 60026

Printworks
311 W. Superior, Ste. 105
Chicago, IL 60610


Pennsylvania Dept. of Rev.
P.O. Box 280901
Harrisburg, PA 17128-0901

Postage by Phone
P.O. Box 0566
Carol Stream, IL 60132-0566

Bev Prker
1330 Deep Run Rd.
Naperville, IL 60540-7003


Pennsylvania Ofc. of Unemployment
Compensation Benefits
651 Boas St., #915
Harrisburg, PA 17121

Erica L. Postons
2209 Bridle Path Dr.
Lancaster, TX 75146

Pro Storage of Mountain Creek
311 Glendale Dr.
Chattanooga, TN 37405


Penny Burns Balloons
4715 S. Kilpatrick
Chicago, IL 60632

PR Newswire
GPO 5897
New York, NY 10087-5897

Prostar Promotions
3014 Commercial Ave.
Northbrook, IL 60062


Jane Perlmutter
503 Detroit St.
Ann Arbor, MI 48104

Precision Payroll of Am., LLC
1901 S. Meyers Rd., Ste. 310
Villa Park, IL 60181

Queen Bee Commc'ns
635 Winsford Rd.
Bryn Mawr, PA 19010


Pink Taxi
800 Busse Hwy., Ste. 111
Park Ridge, IL 60068

Pam Price-Hoskins
9513 S. Maplewood
Tulsa, OK 74137

Terry Radigan
609 6th St.
Brooklyn, NY 11215


Pitney Bowes Global Financial Servs.
P.O. Box 371887
Pittsburgh, PA 15250-7887

Prime Plan Solutions
330 W. 9th St.
Kansas City, MO 64105

Re
1935 S. Harvard Ave.
Tulsa, OK 74112


Pitney Bowes Purchase Power
P.O. Box 374874
Pittsburgh, PA 15250-7874

Prime Plan Solutions
P.O. Box 219162
Kansas City, MO 64121

Red Bus Corp.
15530-A2 Rockfield Blvd.
Irvine, CA 92618


Pitney Bowes, Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896

Print Xpress
311 S. Wacker Dr.
Chicago, IL 60606

Monica Reed
1316 Pickwick Ct.
Naperville, IL 60563

Reserve Account
P.O. Box 223648
Pittsburgh, PA 15250-2648

Susan Rosen
58 Friendly Rd.
Hicksville, NY 11801

Christina Schuessler
1440 S. Michigan AVe. #418
Chicago, IL 60605


Revel Decor, Inc.
1402 N. Western Ave.
Chicago, IL 60622

RTA/CTA Transit Benefit Fare Program
P.O. Box 75003
Chicago, IL 60675-5003

Wendy Schultz
3762 N. Kenmore Ave., #2S
Chicago, IL 60613


The Revere Group, Ltd.
2166 Paysphere Circle
Chicago, IL 60674

Ruden McClosky Smith Schuster & Russell
ATTN: Scott J. Fuerst
200 E. Broward Blvd. 15th Floor
Fort Lauderdale, FL 33301

Secretary of State
P.O. Box 5513
Bismarck, ND 58506-5513


Kelly Richards
6613 Martin France Cir., 3C
Tinley Park, IL 60477

Debbie Russell
3707 E. 66th St.
Tulsa, OK 74136

Secretary of State
P.O. Box 94125
Baton Rouge, LA 70804-9125


Rick Bennett Int'l, Inc.
137 N. Larchmont Blvd. #637
Los Angeles, CA 90004

RX Help for Californians
925 L Street, Ste. 1200
Sacramento, CA 95814

Alisa Semegen
3850 Emerson Dr.
Schiller Park, IL 60176


Amalia Rigoni
2800 Cambridge Ln.
Olympia Fields, IL 60461

S3 Safety Service Systems
4036 N. Nashville Ave.
Chicago, IL 60634

Sheraton Chicago
301 E. North Water
Chicago, IL 60611


River East Art Center
435 E. Illinois St.
Chicago, IL 60611

Doretta C. Sackville
68 Point Beach Dr.
Milford, CT 06460

Bethany Sievert
204 E. Franklin St.
Wheaton, IL 60187


Robert Half International, Inc.
ATTN: Sara Knox
205 N. Michigan Ave., Ste. 3301
Chicago, IL 60601

James Salzano
41 5th AVe., Ste. 4D
New York, NY 10003

Software Techniques
13105 Booker T. Washington Hwy., BB
Hardy, VA 24101


Rosalinda Melgoza
5416 S. Komensky
Chicago, IL 60632

Rosalina Saucedo
1813 Jeanette Ave.
Saint Charles, IL 60174

Sound Investment
516 N. Ogden Ave., #175
Chicago, IL 60622


Rosemary A. Hurayt, LCSW
325 Market St., Ste. 303
Chattanooga, TN 37402

Kristin Schmidt
3021 W. Sunnyside Ave., #1
Chicago, IL 60625

Southern California Pipe Trades
501 Shatto Pl., 5th Flr.
Los Angeles, CA 90020

| | | |
|---|---|---|
| Jordash Sparks<br>c/o Sparks Entertainment<br>17501 1/2 Moreland Dr.<br>Channelview, TX 77530 | State of Utah<br>Dept. of Commerce<br>P.O. Box 146704<br>Salt Lake City, UT 84114-6705 | Treasurer of Virginia<br>P.O. Box 526<br>Richmond, VA 23218-0526 |
| Special Event Services Group<br>P.O. Box 927<br>Lombard, IL 60148 | State of Washington<br>801 Capitol Way So.<br>P.O. Box 40234<br>Olympia, WA 98504-0234 | Treasurer, State of Maine<br>35 State House Station<br>Augusta, ME 04333-0035 |
| Special Fund for Disability Benefit<br>20 Park St., Room 301<br>Albany, NY 12207-1674 | State Public Regulation Comm'n<br>Corporation Bureau<br>P.O. Box 1269<br>Santa Fe, NM 87504-1269 | Tri-State EMC<br>SEDC<br>P.O. Box 530812<br>Atlanta, GA 30353-0812 |
| Sandra Spivey<br>24341 McCloud Ct.<br>Laguna Niguel, CA 92677 | Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | University of Covenant Church<br>315 Mace Blvd.<br>Davis, CA 95618 |
| Staple Advantage<br>Dept. DET<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | Superior Air Ground AMB Serv.<br>P.O. Box 1407<br>Elmhurst, IL 60126 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| State of Michigan<br>P.O. Box 30767<br>Lansing, MI 48909 | Symantec SMB Renewals<br>P.O. Box 202475<br>Dallas, TX 75320-2475 | Urban Partnership Bank<br>Non Profit Center and Foundations<br>ATTN: Kim Jones<br>333 S. State St.<br>Chicago, IL 60604 |
| State of Minnesota<br>445 Minnesota St.<br>Charities Unit, Ste. 1200 NCI Twr.<br>Saint Paul, MN 55101-2130 | Kayan Tang<br>3421 N. Seeley Ave.<br>Chicago, IL 60618 | Urban Partnership Bank<br>P.O. Box 19260<br>Chicago, IL 60619-0260 |
| State of New Jersey<br>Dept. of Labor and Workforce Dev.<br>P.O. Box 929<br>Trenton, NJ 08646-0929 | Tennessee American Water<br>P.O. Box 371880<br>Pittsburgh, PA 15250-7880 | Ana Venezia<br>695 Eastern Ct.<br>Ridgewood, NJ 07450 |
| State of Rhode Island<br>233 Richmond St., Ste. 232<br>Providence, RI 02903-4232 | TKO Visual Commc'ns<br>405 Business Park Lane<br>Allentown, PA 18109 | Venue One<br>1044 W. Randolph<br>Chicago, IL 60607 |
| State of Tennessee<br>312 8th Avenue North<br>Nashville, TN 37243-0308 | Travelers<br>CL Remittance Center<br>P.O. Box 660317<br>Dallas, TX 75266-0317 | Verizon<br>P.O. Box 660270<br>Dallas, TX 75266-0720 |

Verizon Business
P.O. Box 371355
Pittsburgh, PA 15250-7355

Laura Watkins
5291 Foxridge, #101
Mission, KS 66202

Zephyrhills
P.O. Box 856680
Louisville, KY 40285-6680

Verizon Business
P.O. Box 371873
Pittsburgh, PA 15250-7873

When to Work, Inc.
360 E. 1st St., #301
Tustin, CA 92780

Zoomsafer
ATTN: Matthew Howard
441 C Carlisle Dr.
Herndon, VA 20170

Virginia Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218-1115

Whitman Insight Strategies
80 Eighth AVe., Ste. 1210
New York, NY 10011

Virginia Employment Comm'n
703 E. Main St.
Richmond, VA 23219

Christine Wilson
Foxhall Commc'ns Strategies
102 Foxhall Lane
Narberth, PA 19072-2156

Vision Service Plan
P.O. Box 742135
Los Angeles, CA 90074-2135

Win Eternal Tech. Corp.
1313 E. Maple St., Ste. 508
Bellingham, WA 98225

Voiance Language Services LLC
P.O. Box 975654
Dallas, TX 75397-5654

Workplace Solutions
ATTN; Rebecca Litz
1100 E. Woodfield Rd., Ste. 433
Schaumburg, IL 60173

Volunteer Energy Coop.
P.O. Box 22222
Decatur, TN 37322

Workplace Solutions LLC
1100 E. Woodfield Rd., Ste. 433
Schaumburg, IL 60173

Sandra Walsh
900 Kent Dr.
Davis, CA 95616

Xerox Corp.
P.O. Box 827598
Philadelphia, PA 19182-7598

Warren Professional Building Corp.
P.O. Box 470372
Tulsa, OK 74147-0372

Sharon Zalesky
21185 N. Valley Rd.
Lake Zurich, IL 60047-8580

Dorothy Warren
18547 S. Ashland
Homewood, IL 60430

Fabiola Zavala
1811 Oak Park Ave. #2
Berwyn, IL 60402

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re: Y-ME National Breast Cancer Organization, Inc.
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Y-ME National Breast Cancer Organization, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 17, 2012
Date

/s/ Christine L. Childers
Christine L. Childers
Signature of Attorney or Litigant
Counsel for  Y-ME National Breast Cancer Organization, Inc.
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
312-222-9350 Fax:312-527-0484