JACQUELINE P. COX
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Y-ME NATIONAL BREAST CANCER ORGANIZ | § | Case No. 12-28257 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/PHILIP V. MARTINO_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-28257 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | | Date Filed (f) or Converted (c): | 07/17/12 (f) |
| | | | | 341(a) Meeting Date: | 09/05/12 |
| For Period Ending: | 09/23/14 | | | Claims Bar Date: | 12/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Refund (u) | 0.00 | 1,023.28 | | 1,023.28 | FA |
| 2. Urban Partnership Bank Checking Account | 50,254.64 | 39,983.54 | | 39,983.54 | FA |
| 3. Urban Partnership Bank Account | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 4. Walgreens Pharmacy Invoice Payment (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 5. Patient Assistance Fund (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 20,000.00 | 5,931.66 | | 5,931.66 | FA |
| 7. Cobra Deposits 2012 (u) | 0.00 | 6,734.62 | | 6,734.62 | FA |
| 8. 501(c) Agencies Trust Close Out Moneys (u) | 0.00 | 14,246.60 | | 14,246.60 | FA |
| 9. IP, Name, Data Base Auction | Unknown | 25,000.00 | | 25,000.00 | FA |
| 10. IRS Refund for 940` (u) | 0.00 | 1,270.48 | | 1,270.48 | FA |
| 11. F-940 Refund (u) | 0.00 | 238.98 | | 238.98 | FA |
| 12. SECURITY DEPOSIT (u) | 6,216.50 | 6,216.00 | | 6,216.00 | FA |
| 13. Travelers Umbrella Policy | 0.00 | 0.00 | | 0.00 | FA |
| 14. Travelers Commercial Policy | 0.00 | 0.00 | | 0.00 | FA |
| 15. Philadelphia Insurance D&O Policy | 0.00 | 0.00 | | 0.00 | FA |
| 16. Travelers Workers' Compensation | 0.00 | 0.00 | | 0.00 | FA |
| 17. Travelers ERISA Compliance | 0.00 | 0.00 | | 0.00 | FA |
| 18. MACHINERY AND SUPPLIES | 33,399.00 | 0.00 | | 0.00 | FA |
| 19. INVENTORY | 129,760.00 | 0.00 | | 0.00 | FA |
| 20. Other Personal Property | Unknown | 0.00 | | 0.00 | FA |
| 21. Certificate of Deposit at Urban Partnership | 200,000.00 | 0.00 | OA | 0.00 | FA |
| Secured Creditor UPB set off most of the debt owed to them against that $200,000 | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $444,630.14 | $115,645.16 | | $115,645.16 | $0.00 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-28257 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | | Date Filed (f) or Converted (c): | 07/17/12 (f) |
| | | | | 341(a) Meeting Date: | 09/05/12 |
| | | | | Claims Bar Date: | 12/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report submitted to U.S. Trustee 7/23/14.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 10/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-28257 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******9820  Checking Account |
| Taxpayer ID No: | *******9954 | | | |
| For Period Ending: | 09/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 109,980.32 | | 109,980.32 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 79.10 | 109,901.22 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. | Pro Rata Bond 016026455 | 2300-000 | | 107.68 | 109,793.54 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 163.37 | 109,630.17 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 157.77 | 109,472.40 |
| 05/30/14 | 005002 | Iron Mountain | Y-ME storage | 2990-000 | | 7,981.36 | 101,491.04 |
| | | c/o Joseph Corrigan | | | | | |
| | | Corporate Counsell | | | | | |
| | | One Federal Street | | | | | |
| | | Boston, MA 02110 USA | | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 162.75 | 101,328.29 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 154.97 | 101,173.32 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 109,980.32 | 8,807.00 | 101,173.32 |
| Less: Bank Transfers/CD's | 109,980.32 | 0.00 | |
| Subtotal | 0.00 | 8,807.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,807.00 | |

Page Subtotals     109,980.32     8,807.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-28257 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8068 Congressional Bank Checking Account |
| Taxpayer ID No: | *******9954 | | | |
| For Period Ending: | 09/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | 1 | Horwood Marcus & Berk Chartered | Refund Check | 1290-000 | 972.18 | | 972.18 |
| 08/24/12 | 1 | VSP | Refund of premium | 1290-000 | 51.10 | | 1,023.28 |
| 08/24/12 | 12 | 300 W Adams (Chicago), LLC | Return of Security Deposit | 1290-000 | 6,216.00 | | 7,239.28 |
| 09/05/12 | 2 | UnionPartnershipBank | Checking Account Balance | 1129-000 | 39,983.54 | | 47,222.82 |
| 09/05/12 | 3 | Urbanpartnershipbank | balance of bank account | 1129-000 | 5,000.00 | | 52,222.82 |
| 09/17/12 | 6 | Checks In The Mail | | 1221-000 | 1,722.71 | | 53,945.53 |
| 09/17/12 | 7 | Benefit Analysis | | 1229-000 | 2,353.20 | | 56,298.73 |
| 09/17/12 | 7 | Benefit Analysis Inc. | | 1229-000 | 4,381.42 | | 60,680.15 |
| 09/17/12 | 6 | Medical Faculty Associates | | 1221-000 | 72.60 | | 60,752.75 |
| 09/17/12 | 4 | Walgreens | | 1221-000 | 10,000.00 | | 70,752.75 |
| 09/20/12 | 6 | United of Omaha Life Insurance Co | Refund from cancelled policy | 1221-000 | 208.28 | | 70,961.03 |
| 10/03/12 | 8 | 501(c) Agencies Trust | Balance of Trust | 1290-000 | 14,246.60 | | 85,207.63 |
| 10/09/12 | 6 | Benefit Analysis, Inc. | | 1221-000 | 728.07 | | 85,935.70 |
| 10/29/12 | | Living Beyond Breast Cancer | Auction Money In Advance | 1180-000 | 5,000.00 | | 90,935.70 |
| 10/29/12 | 003001 | Living Beyond Breast Cancer | Return of funds Not the winning bidder. | 1280-000 | | 5,000.00 | 85,935.70 |
| 10/30/12 | 9 | ABCD, Inc. | Winning Auction Bid | 1129-000 | 5,000.00 | | 90,935.70 |
| 10/30/12 | 003002 | Precision Payroll | Tax document preparation - W-2s | 2990-000 | | 241.09 | 90,694.61 |
| 11/30/12 | 6 | Chicago Park District | | 1221-000 | 3,200.00 | | 93,894.61 |
| 11/30/12 | 10 | Internal Revenue Service | | 1224-000 | 1,270.48 | | 95,165.09 |
| * 11/30/12 | 003003 | Chicago Park District | Refund of Deposit | 1229-003 | | 3,200.00 | 91,965.09 |
| * 11/30/12 | 003003 | Chicago Park District | Refund of Deposit Not a check, to pay out, a receipt for deposit | 1229-003 | | -3,200.00 | 95,165.09 |
| 12/20/12 | 003004 | Prime Plan Solutions | 401(k) plan termination fee | 2990-000 | | 250.00 | 94,915.09 |
| 12/21/12 | 003005 | Sarah K. Baker | Reimbrusement for moving truck Ms. Baker used her personal credit card to cover the cost of the moving truck for the servers when the moving company insisted that they see the Q&B | 2990-000 | | 535.00 | 94,380.09 |

Page Subtotals         100,406.18         6,026.09

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-28257 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8068  Congressional Bank Checking Account |
| Taxpayer ID No: | *******9954 | | | |
| For Period Ending: | 09/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | credit card, which was not available. | | | | |
| 01/15/13 | | ABCD Inc. | Wire Transfer on 11/13/12 | 1129-000 | 20,000.00 | | 114,380.09 |
| 02/14/13 | 003006 | International Sureties, Inc. | Bond #016026455 Pro Rata Share | 2300-000 | | 83.70 | 114,296.39 |
| * 02/25/13 | 003007 | Illinois Charity Bureau Fund | Extension for Y-Me | 3420-003 | | 15.00 | 114,281.39 |
| 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 109.68 | 114,171.71 |
| 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 121.27 | 114,050.44 |
| 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 117.28 | 113,933.16 |
| 05/16/13 | 003008 | Attorney General State of Illinois Charitable Trust Bureau | Late Fee | 2990-000 | | 100.00 | 113,833.16 |
| * 05/28/13 | 003007 | Illinois Charity Bureau Fund | Extension for Y-Me | 3420-003 | | -15.00 | 113,848.16 |
| 06/04/13 | | Congressional Bank | Bank Charges | 2600-000 | | 121.00 | 113,727.16 |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 116.89 | 113,610.27 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 120.63 | 113,489.64 |
| 08/21/13 | 003009 | Ostrow Reisin Berk & Abrams, Ltd. | FEES AND COSTS | | | 3,050.00 | 110,439.64 |
| | | | Fees       3,000.00 | 3410-000 | | | |
| | | | Expenses     50.00 | 3420-000 | | | |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 120.48 | 110,319.16 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 113.38 | 110,205.78 |
| 10/15/13 | 11 | United States Treasury | F-940 Refund | 1224-000 | 238.98 | | 110,444.76 |
| 11/30/13 | | Congressional Bank | Bank Charges | 2600-000 | | 117.14 | 110,327.62 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 113.37 | 110,214.25 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 117.02 | 110,097.23 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 116.91 | 109,980.32 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 109,980.32 | 0.00 |

Page Subtotals        20,238.98        114,619.07

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.01

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-28257 -JPC |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ |
| Taxpayer ID No: | *******9954 |
| For Period Ending: | 09/23/14 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8068 Congressional Bank Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 120,645.16 | 120,645.16 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 109,980.32 | |
| | | | Subtotal | | 120,645.16 | 10,664.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 120,645.16 | 10,664.84 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9820 | 0.00 | 8,807.00 | 101,173.32 |
| Congressional Bank Checking Account - ********8068 | 120,645.16 | 10,664.84 | 0.00 |
| | 120,645.16 | 19,471.84 | 101,173.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 18.01

Case 12-28257    Doc 64    Filed 10/09/14    Entered 10/09/14 14:39:01    Desc Main
Document      Page 9 of 15

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 23, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-28257  
Debtor Name:  Y-ME NATIONAL BREAST CANCER ORGANIZ

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000022A<br>999<br>2410-00 | 135 S LaSalle Property LLC<br>c/o James D. Roberts<br>Chen Nelson Roberts Ltd.<br>203 N LaSalle, 15th Floor<br>Chicago, IL  60601 | Administrative | | $14,339.56 | $0.00 | $14,339.56 |
| 000021<br>050<br>4210-00 | Iron Mountain Information Management LLC<br>Attn:  Joseph Corrigan<br>745 Atlantic Avenue<br>Boston, MA  02111-2735 | Secured | | $314.00 | $0.00 | $314.00 |
| 000005A<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $3.20 | $0.00 | $3.20 |
| 000014<br>040<br>5800-00 | State of New Jersey<br>Division of Taxation/Compliance Activity<br>POB 245<br>Trenton, NJ 08695-0245 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | OFFICE TEAM DIV. of Robert Half International<br>ATTN: KAREN LIMA<br>PO Box 5024<br>San Ramon, CA 94583-9128 | Unsecured | | $4,940.96 | $0.00 | $4,940.96 |
| 000002<br>070<br>7100-00 | SAFETY SERVICE SYSTEMS INC A/K/A S3 INC.<br>DLA PIPER LLP (US) ATTN: DANIEL M. SIMON<br>203 NORTH LASALLE STREET, SUITE 1900<br>CHICAGO, ILLINOIS 60640 | Unsecured | | $18,438.38 | $0.00 | $18,438.38 |
| 000003<br>070<br>7100-00 | Debbie Hayes<br>20945 Cherokee Terrace<br>Sterling, VA 20165-5854 | Unsecured | | $835.31 | $0.00 | $835.31 |
| 000004<br>070<br>7100-00 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256 | Unsecured | | $3,111.40 | $0.00 | $3,111.40 |
| 000005<br>070<br>7100-00 | Internal Revenue Service | Unsecured | | $1,771.38 | $0.00 | $1,771.38 |
| 000006<br>070<br>7100-00 | Jones Public Affairs<br>1420 K. St., NW, Ste. 1050<br>Washington, DC 20005 | Unsecured | | $16,582.11 | $0.00 | $16,582.11 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 23, 2014 |

Case Number: 12-28257  
Debtor Name: Y-ME NATIONAL BREAST CANCER ORGANIZ  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Copilevitz & Canter LLC<br>310 W. 20th St., Ste. 300<br>Kansas City, MO 64108 | Unsecured | | $4,284.59 | $0.00 | $4,284.59 |
| 000008<br>070<br>7100-00 | OFFICE TEAM DIV. of Robert Half International<br>ATTN: KAREN LIMA<br>PO Box 5024<br>San Ramon, CA 94583-9128 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009<br>070<br>7100-00 | Special Event Services Group<br>P.O. Box 927<br>Lombard, IL 60148 | Unsecured | | $30,131.20 | $0.00 | $30,131.20 |
| 000010<br>070<br>7100-00 | Staples, Inc.<br>Attn: Daneen Kastanek<br>1 Environmental Way<br>Broomfield CO 80021 | Unsecured | | $4,543.77 | $0.00 | $4,543.77 |
| 000011<br>070<br>7100-00 | FedEx TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G., 3rd Floor<br>Memphis, TN 38116 | Unsecured | | $1,374.22 | $0.00 | $1,374.22 |
| 000012<br>070<br>7100-00 | Voiance Language Services, LLC.<br>5780 N. Swan Rd<br>Tucson, AZ. 85718 | Unsecured | | $107.80 | $0.00 | $107.80 |
| 000013<br>070<br>7100-00 | State of New Jersey<br>Division of Taxation/Compliance Activity<br>POB 245<br>Trenton, NJ 08695-0245 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000015<br>070<br>7100-00 | Whitman Insight Strategies<br>80 Eighth AVe., Ste. 1210<br>New York, NY 10011 | Unsecured | | $16,500.00 | $0.00 | $16,500.00 |
| 000016<br>070<br>7100-00 | Arrow Messenger Service<br>1322 W. Walton<br>Chicago, IL 60642-5340 | Unsecured | | $397.20 | $0.00 | $397.20 |
| 000017<br>070<br>7100-00 | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd. NE Suite 17200<br>Atlanta, GA 30345 | Unsecured | | $260.76 | $0.00 | $260.76 |
| 000018<br>070<br>7100-00 | Christy Webber Landscapes<br>2900 W. Ferdinand<br>Chicago, IL 60612 | Unsecured | | $1,000.00 | $0.00 | $1,000.00 |
| 000019<br>070<br>7100-00 | Lakeshore Athletic Services<br>7555 N. Linder<br>Skokie, IL 60077 | Unsecured | | $8,438.72 | $0.00 | $8,438.72 |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 23, 2014

Case Number: 12-28257
Debtor Name: Y-ME NATIONAL BREAST CANCER ORGANIZ

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000020 070 7100-00 | Blackbaud 2000 Daniel Island Dr. Charleston, SC 29492-7541 | Unsecured | | $21,162.29 | $0.00 | $21,162.29 |
| 000021A 070 7100-00 | Iron Mountain Information Management LLC Attn: Joseph Corrigan 745 Atlantic Avenue Boston, MA 02111-2735 | Unsecured | | $1,329.00 | $0.00 | $1,329.00 |
| 000022 070 7100-00 | 135 S. LaSalle Property LLC c/o James D. Roberts, Chen Nelson Robert 203 N. LaSalle - 15th Floor, Chicago, IL | Unsecured | | $402,062.56 | $0.00 | $402,062.56 |
| 000023 070 7100-00 | Brinks, Incorporated Tamara Carman 555 Dividend Dr, Suite 100 Coppell, TX 75019 | Unsecured | | $1,698.75 | $0.00 | $1,698.75 |
| 000024 070 7100-00 | EverBank Commercial Finance, Inc. f/k/a Tygris Vendor Finance, Inc. 10 Waterview Blvd., Parsippany, NJ 07054 Attn: Annette McGovern | Unsecured | | $2,803.60 | $0.00 | $2,803.60 |
| | Case Totals: | | | $556,430.76 | $0.00 | $556,430.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

       Exhibit D

Case No.: 12-28257  
Case Name: Y-ME NATIONAL BREAST CANCER ORGANIZ  
Trustee Name: PHILIP V. MARTINO  

    Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | Iron Mountain Information Management LLC | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: 135 S LaSalle Property LLC | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

    NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Internal Revenue Service | $ | $ | $ |
| 000014 | State of New Jersey | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OFFICE TEAM DIV. of Robert Half International | $ | $ | $ |
| 000002 | SAFETY SERVICE SYSTEMS INC A/K/A S3 INC. | $ | $ | $ |
| 000003 | Debbie Hayes | $ | $ | $ |
| 000004 | Pitney Bowes Inc | $ | $ | $ |
| 000006 | Jones Public Affairs | $ | $ | $ |
| 000007 | Copilevitz & Canter LLC | $ | $ | $ |
| 000009 | Special Event Services Group | $ | $ | $ |
| 000010 | Staples, Inc. | $ | $ | $ |
| 000011 | FedEx TechConnect, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Voiance Language Services, LLC. | $ | $ | $ |
| 000013 | State of New Jersey | $ | $ | $ |
| 000015 | Whitman Insight Strategies | $ | $ | $ |
| 000016 | Arrow Messenger Service | $ | $ | $ |
| 000017 | Georgia Department of Revenue | $ | $ | $ |
| 000018 | Christy Webber Landscapes | $ | $ | $ |
| 000019 | Lakeshore Athletic Services | $ | $ | $ |
| 000020 | Blackbaud | $ | $ | $ |
| 000021A | Iron Mountain Information Management LLC | $ | $ | $ |
| 000022 | 135 S. LaSalle Property LLC | $ | $ | $ |
| 000023 | Brinks, Incorporated | $ | $ | $ |
| 000024 | EverBank Commercial Finance, Inc. | $ | $ | $ |
| 000005 | Internal Revenue Service | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE