UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Y-ME NATIONAL BREAST CANCER ORGANIZ | ) | Case No. 12-28257-JPC |
| | ) | |
| | ) | Hon. JACQUELINE P. COX |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:    THE HONORABLE JACQUELINE P. COX

Trustee, Philip V. Martino, administered this bankruptcy on a pro bono basis and requests no fees in connection with the work he performed in connection with this bankruptcy.

Executed this 22nd day of July, 2014.

                        /s/ Philip V. Martino
                        Philip V. Martino, Trustee

                        QUARLES & BRADY LLP
                        300 NORTH LASALLE STREET
                        SUITE 4000
                        CHICAGO, IL  60654
                        ADDRESS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Y-ME NATIONAL BREAST CANCER ORGANIZ ) | | Case No. 12-28257-JPC |
| ) | | |
| Debtor(s). ) | | Hon. JACQUELINE P. COX |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, Trustee representing that he administered this bankruptcy on a pro bono basis, no fees or costs will be paid to Trustee in connection with this bankruptcy.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE