# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Y-ME NATIONAL BREAST CANCER ORGANIZATION, INC., | ) ) | |
| | ) | Case No. 12-28257 |
| | ) | |
| **Debtor.** | ) | Honorable Jacqueline P. Cox |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF <u>Y-ME NATIONAL BREAST CANCER ORGANIZATION, INC.</u>

Trustee, Philip V. Martino, submits to this Court, pursuant to the Order authorizing the retention of Quarles & Brady LLP as attorneys for Trustee (Docket 20), that Quarles & Brady LLP represented Trustee in this bankruptcy on a pro bono basis.  No fees are requested and no fees will be paid to Quarles & Brady LLP in connection with this bankruptcy.

                                                 Respectfully submitted,

                                                 By:   /s/Philip V. Martino
                                                        Trustee
                                               Philip V. Martino
                                               Sarah K. Baker
                                               QUARLES & BRADY LLP
                                               300 North LaSalle Street, Suite 4000
                                               Chicago, IL  60654
                                               (312) 715-5000

QB\28613609.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Y-ME NATIONAL BREAST CANCER | ) | |
| ORGANIZATION, INC. | ) | Case No. 12-28257 |
| | ) | |
| **Debtor.** | ) | Honorable Jacqueline P. Cox |

### ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF Y-ME NATIONAL BREAST CANCER ORGANIZATION, INC.

This cause coming to be heard on the First and Final Fee Application of Trustee, Philip V. Martino, for compensation to Quarles & Brady LLP as Attorneys for Trustee (the "**Application**"); Quarles & Brady having performed all work in this bankruptcy on a pro bono basis, no fees or costs will be paid to Quarles & Brady LLP in connection with this bankruptcy estate.

Dated:_____ 2014    **ENTERED:**

_____
United States Bankruptcy Judge

QB\28613609.1