JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Y-ME NATIONAL BREAST CANCER ORGANIZ | § | Case No. 12-28257 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE BANKRUPTCY COURT
          219 SOUTH DEARBORN STREET,  ROOM 713
          CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/13/2014 in Courtroom 680,
          United States Courthouse
          219 South Dearborn
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/15/2014          By: Clerk of the Bankruptcy Court
                                                          Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

Case 12-28257 Doc 69 Filed 10/15/14 Entered 10/17/14 23:56:17 Desc Imaged
Certificate of Notice Page 2 of 13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
Y-ME NATIONAL BREAST CANCER § Case No. 12-28257
ORGANIZ
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 115,645.16 |
| and approved disbursements of | $ | 14,471.84 |
| leaving a balance on hand of[1] | $ | 101,173.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | Iron Mountain Information Management LLC | $ 314.00 | $ 314.00 | $ 0.00 | $ 314.00 |
| | Total to be paid to secured creditors | | | $ | 314.00 |
| | Remaining Balance | | | $ | 100,859.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: 135 S LaSalle Property LLC | $ 14,339.56 | $ 0.00 | $ 14,339.56 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,339.56 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Remaining Balance $ 86,519.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Internal Revenue Service | $ 3.20 | $ 0.00 | $ 3.20 |
| 000014 | State of New Jersey | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 3.20

Remaining Balance $ 86,516.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 541,774.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | OFFICE TEAM DIV. of Robert Half International | $ 4,940.96 | $ 0.00 | $ 789.03 |
| 000002 | SAFETY SERVICE SYSTEMS INC A/K/A S3 INC. | $ 18,438.38 | $ 0.00 | $ 2,944.45 |
| 000003 | Debbie Hayes | $ 835.31 | $ 0.00 | $ 133.39 |
| 000004 | Pitney Bowes Inc | $ 3,111.40 | $ 0.00 | $ 496.86 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Jones Public Affairs | $ 16,582.11 | $ 0.00 | $ 2,648.02 |
| 000007 | Copilevitz & Canter LLC | $ 4,284.59 | $ 0.00 | $ 684.21 |
| 000009 | Special Event Services Group | $ 30,131.20 | $ 0.00 | $ 4,811.69 |
| 000010 | Staples, Inc. | $ 4,543.77 | $ 0.00 | $ 725.60 |
| 000011 | FedEx TechConnect, Inc. | $ 1,374.22 | $ 0.00 | $ 219.45 |
| 000012 | Voiance Language Services, LLC. | $ 107.80 | $ 0.00 | $ 17.21 |
| 000013 | State of New Jersey | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Whitman Insight Strategies | $ 16,500.00 | $ 0.00 | $ 2,634.91 |
| 000016 | Arrow Messenger Service | $ 397.20 | $ 0.00 | $ 63.43 |
| 000017 | Georgia Department of Revenue | $ 260.76 | $ 0.00 | $ 41.64 |
| 000018 | Christy Webber Landscapes | $ 1,000.00 | $ 0.00 | $ 159.69 |
| 000019 | Lakeshore Athletic Services | $ 8,438.72 | $ 0.00 | $ 1,347.59 |
| 000020 | Blackbaud | $ 21,162.29 | $ 0.00 | $ 3,379.43 |
| 000021A | Iron Mountain Information Management LLC | $ 1,329.00 | $ 0.00 | $ 212.23 |
| 000022 | 135 S. LaSalle Property LLC | $ 402,062.56 | $ 0.00 | $ 64,205.87 |
| 000023 | Brinks, Incorporated | $ 1,698.75 | $ 0.00 | $ 271.28 |
| 000024 | EverBank Commercial Finance, Inc. | $ 2,803.60 | $ 0.00 | $ 447.71 |
| 000005 | Internal Revenue Service | $ 1,771.38 | $ 0.00 | $ 282.87 |

Total to be paid to timely general unsecured creditors       $       86,516.56

Remaining Balance                                             $            0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                      Prepared By: /s/Philip V. Martino

                                                    Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                               Case No. 12-28257-JPC
Y-ME National Breast Cancer Organization                             Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet            Page 1 of 7          Date Rcvd: Oct 15, 2014
                              Form ID: pdf006            Total Noticed: 345


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db             #+Y-ME National Breast Cancer Organization, Inc.,    135 S. LaSalle St., Ste. 2000,
                 Chicago, IL 60603-4222
19158564         300 West Adams (Chicago) LLC,    c/o Private Bank & Trust Co.,    Chicago, IL 60664
19158565        +3201 Old Jacksonville Rd., LLC,    3201 Old Jacksonville Rd.,    Springfield, IL 62711-9201
19158566         501 (3) Agencies Trust,    10080 N. Wolfe Rd.,    SW3, Suite 520,    Cupertino, CA 95014
19158582         AT&T Advertising Solutions,    P.O. Box 989046,    West Sacramento, CA 95798-9046
19158567         Admin. Unemployment Compensation,    Dept. of Labor,    Dept. 417329,    P.O. Box 2905,
                 Hartford, CT 06104-2905
19158568         Admin. Unemployment Compensation,    P.O. Box 2940,    Hartford, CT 06104-2940
19177635         Alex Claney Photography,    331 S. 2nd St.,    St. Charles, IL 60174
19158569        +Alexander & Greep Ins.,    2727 E. Oakland Park Blvd.,    Ste. 200,
                 Fort Lauderdale, FL 33306-1625
19158577        +AmTrust Realty Corp. A/A/F,    135 S. LaSalle St. Mgmt. Office,    135 S. LaSalle St., Ste. 2430,
                 Chicago, IL 60603-4149
19158576        +AmTrust Realty Corp. A/A/F,    As Agent for 135 S. LaSalle Property LLC,    ATTN: Anne M. Holker,
                 250 Broadway,    New York, NY 10007-2516
19158808        +Amalia Rigoni,    2800 Cambridge Ln.,    Olympia Fields, IL 60461-1855
19242817        +American Cancer Society,    225 N Michigan Ave #1210,    Chicago, IL 60601-7600
19158572        +American Color Labs, Inc.,    611 W. Adams St., 1st Flr.,    Chicago, IL 60661-3801
19158573        +Ameritas Life of NY,    ATTN: Jenny Garcia,    18 Marlin Rd.,    Centereach, NY 11720-3012
19158575         Amoena USA Corp.,    2736 Momentum Place,    Chicago, IL 60689-5327
19158574         Amoena USA Corp.,    1701 Barrett Lakes Rd., Ste. 410,    Canton, GA 30114
19158771        +Amy Overby,    943 N. Taylor Ave.,    Oak Park, IL 60302-1457
19158860        +Ana Venezia,    695 Eastern Ct.,    Ridgewood, NJ 07450-3510
19158672         Andrea Evans,    503 S. Navajo Trail,    Wheeling, IL 60090-5132
19158579        +Arizona Corporation Comm’n,    c/o Annual Reports/Corp. Div.,    1300 W. Washington,    85007-2951
19158727        +Arline Kalick,    1887 Spruce Ave.,    Highland Park, IL 60035-2150
19177636         Arrow Messenger Service,    1322 W. Walton,    Chicago, IL 60642-5340
19158584         Attorney General,    Registry of Charitable Trust,    P.O. Box 903447,
                 Sacramento, CA 94203-4470
19158586        +Avera Sacred Heart Hosp.,    501 Summit St.,    Yankton, SD 57078-3855
19158591        +BCSS,    1400 McCallie Ave.,    Chattanooga, TN 37404-2927
20280929         BMO Harris Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19158588        +Background Bureau, Inc.,    2019 Alexandria Pike,    Newport, KY 41076-1167
19158590         Bank of America NA,    P.O. Box 15222,    Wilmington, DE 19886-5222
19158592         BellSouth,    P.O. Box 163250,    Columbus, OH 43216-3250
19158648        +Beth Cordingley,    4643 S. Gary Pl.,    Tulsa, OK 74105
19158629        +Betty Claggette,    7601 S. Aberdeen,    Chicago, IL 60620-2912
19158795         Bev Prker,    1330 Deep Run Rd.,    Naperville, IL 60540-7003
19158594        +Bill Pollack Music,    1317 Greenwood,    Evanston, IL 60201-4112
19158598         Blackbaud,    P.O. Box 930256,    Atlanta, GA 31193-0256
19158597        +Blackbaud,    P.O. Box 515041,    Los Angeles, CA 90051-5041
19158596         Blackbaud,    2000 Daniel Island Dr.,    Charleston, SC 29492-7541
19158600        +Blue Cross and Blue Shield of Illinois,    ATTN: Celi Perez,    300 E. Randoph St.,
                 Chicago, IL 60601-5099
19177637        +Blue Frog Design,    c/o Kristine I. Keegan,    20815 N. Meadow Lane,    Barrington, IL 60010-3677
19158601        +Bowden, Inc.,    P.O. Box 722,    Bixby, OK 74008-0722
19158603         Boxer F2, LP,    c/o 50 Hurt Plaza,    P.O. Box 4737,    Houston, TX 77210-4737
19158618        +CB Richard Ellis, Inc.,    One E. Broward Blvd., STe. 915,    Fort Lauderdale, FL 33301-1812
19158608        +California B/C Organization,    900 Kent Dr.,    Davis, CA 95616-0931
19158610         California Franchise Tax Board,    3221 Power Inn Rd., #250,    Sacramento,
                 Sacramento, CA 95826-3893
19242818        +Cancer Support Community,    1050 17th St NW,    Washington, DC 20036-5558
19158613        +Canon Business Solutions, Inc.,    15004 Collections Dr.,    Chicago, IL 60693-0001
19158614        +Canon Financial Services, Inc.,    158 Gaither Dr., Ste. 200,    Mount Laurel, NJ 08054-1716
19158615        +Canon Financial Services, Inc.,    14904 Collections Center Dr.,    Chicago, IL 60693-0149
19158585        +Carmelita Austin-Schreher,    812 Almar Ave.,    Santa Cruz, CA 95060-5805
19158704        +Carmen Hernandez,    114 Mifflin St.,    Lebanon, PA 17046-3832
19158619        +Carolyn Charkey,    724 Ponderosa Dr.,    Fort Collins, CO 80521-3129
19158620         Chatham Beauty,    1637-1649 E. 95th St.,    Unit J,    Chicago, IL 60617
19177639         Chela Logistics,    P.O. Box 90245,    Elk Grove Village, IL 60009
19158621        +Chicago Park Dist.,    Dept. of Park Servs.,    541 N. Fairbanks Ct.,    Chicago, IL 60611-3653
19158622        +Chicago Transit Authority,    ATTN: Chicago Card,    901 W. Division St.,
                 Chicago, IL 60642-4216
19158876         Christine Wilson,    Foxhall Commc’ns Strategies,    102 Foxhall Lane,    Narberth, PA 19072-2156
19158624        +Christy Webber Landscapes,    2900 W. Ferdinand,    Chicago, IL 60612-1640
19242819        +Cimco Communications, Inc,    1901 S Meyers Rd Ste 700,    Oakbrook Terrace, IL 60181-5211
19158689        +Cindy Geoghegan,    3 Pheasant Dr.,    Madison, CT 06443-3134
19158625        +Circulation Serv. American, Inc.,    18161 E. Linvale Dr.,    Aurora, CO 80013-6153
19158627         Citrix Systems, Inc.,    P.O. Box 932841,    Atlanta, GA 31193-2841
19158628        +City of Chicago, Dept. of Transp.,    ATTN: Public Way Permit Office,    City Hall, Room 905,
                 121 N. LaSalle St.,    Chicago, IL 60602-1202
19177640        +Coldwell Banker,    3201 Old Jacksonville Rd., LLC,    Springfield, IL 62711-9201
19158631        +Coldwell Banker Commercial,    3201 Old Jacksonville Rd.,    Springfield, IL 62711-9201
```

```
District/off: 0752-1          User: adragonet              Page 2 of 7            Date Rcvd: Oct 15, 2014
                              Form ID: pdf006              Total Noticed: 345

19158632        Collection Bureau of America,    P.O. Box 5013,    Hayward, CA 94540-5013
19158634       +Colorado Dept. of Workforce Dev.,    733 17th St.,    Denver, CO 80203
19158635        Colorado State Treas.,    Unemployment Ins. Tax,    P.O. Box 46545,    Denver, CO 80201-6545
19158636       +Comcast Phone LLC,    16333 Collections Center Dr.,    Chicago, IL 60693-0163
19158638       +CommDirect,    710 N. Aberdeen,    Chicago, IL 60642-5860
19158639       +Commonwealth of Pennsylvania,    207 N. Office Building,    Harrisburg, PA 17120-0103
19242808        Communications Direct Inc,    P O Box 241188,    Montgomery, AL 36124-1188
19158640       +Communications Direct, Inc.,    735 Hunter Dr., Unit F,    Batavia, IL 60510-4407
19242821       +Conference America,    7079 University Court,    Montgomery, AL 36117-8004
19158642        Conference America,    P.O. Box 241188,    Montgomery, AL 36124-1188
19158643        Continental Transp. Solution,    Slot 302185,    P.O. Box 66973,    Chicago, IL 60666-0973
19158644        Copier and Comuter Sys.,    P.O. Box 470567,    Tulsa, OK 74147-0567
19158645       +Copilevitz & Canter LLC,    310 W. 20th St., Ste. 300,    Kansas City, MO 64108-2025
19242809        Copilevitz & Canter LLC,    321 W 20th St #300,    Kansas City, MO 64108
19158646        Coping,   Media America,    P.O. Box 682268,    Franklin, TN 37068-2268
19158647       +Copperhill Water & Sewer,    P.O. Box 640,    Copperhill, TN 37317-0640
19158650       +Cort Furniture,    2725 Davey Rd., Ste. 200,    Woodridge,    Woodridge, IL 60517-5074
19158651        Cox Commc'ns,    P.O. Box 182819,    Columbus, OH 43218-2819
19158710        Coza Huffman,    8518 E. 156th St., N,    Collinsville, OK 74021-5941
19158664       +DST Systems, Inc.,    ATTN: Plan Administrator,    2454 Collections Center Dr.,
                 Chicago, IL 60693-0024
19158657       +Datapipe,    P.O. Box 36477,    Newark, NJ 07188-6406
19242822       +Datapipe, Inc,    Attn: Michael B Bross,    General Counsel,    10 Exchange Pl 12th Fl,
                 Jersey city, NJ 07302-3918
19158595       +Debbie Black,    1907 N. Peters St.,    Carson City, NV 89706-2553
19158700        Debbie Hayes,    20945 Cherokee Terrace,    Sterling, VA 20165-5854
19158816       +Debbie Russell,    3707 E. 66th St.,    Tulsa, OK 74136-2818
19158701       +Deborah Hayes,    20945 Cherokee Terr.,    Sterling, VA 20165-5854
19158658        Dept. of Financial Institutions,    P.O. Box 7846,    Madison, WI 53707-7846
19158660        Diners Club,    P.O. Box 5732,    Carol Stream, IL 60197-5732
19158662       +Disability Legal Rights Ctr.,    800 S. Figueroa, Ste. 1120,    Los Angeles, CA 90017-2759
19158663        Div. of Corporations,    Prof. License Corp. Section,    P.O. Box 110806,    Juneau, AK 99811-0806
19158683       +Doreen Fogle,    P.O. Box 1388,    Magalia, CA 95954-1388
19158819       +Doretta C. Sackville,    68 Point Beach Dr.,    Milford, CT 06460-7600
19158872       +Dorothy Warren,    18547 S. Ashland,    Homewood, IL 60430-3807
19158666       +EasyTel Commc'ns,    7335 S. Lewis AVe., Ste. 100,    Tulsa, OK 74136-6850
19158667        Edge Show Tek,    3354 Commercial Ave.,    Glencoe, IL 60022
19158668       +Edigin,    2519 N. Van Buren,    Enid, OK 73703-1711
19158669       +Electric Power Bd.,    P.O. Box 182254,    Chattanooga, TN 37422-7254
19158630       +Elly Cohen,    UCSF Breath Health Projects,    3450 California St.,
                 San Francisco, CA 94118-1837
19158670       +Emerald Hills Executive Plaza LLC,    Brenner Real Estate Group,    ATTN:  Scott F. Brenner,
                 1500 W. Cypress Creek Rd., Ste. 409,    Fort Lauderdale, FL 33309-1851
19158671       +Emerald Hills Executive Plaza LLC,    1500 W. Cypress Creek Rd.,
                 Fort Lauderdale, FL 33309-1833
19158786       +Erica L. Postons,    2209 Bridle Path Dr.,    Lancaster, TX 75146-2039
19158659       +Ester Diaz,    2127 44th St.,    Highland, IN 46322-2306
19158759       +Ethel Nettlesbey,    2223 E. 70th Place, Apt. 1W,    Chicago, IL 60649-2209
19158673       +Event Creative,    219 N. Paulina St.,    Chicago, IL 60612-2514
19398414       +EventCreative,    219 N. Paulina St.,    Chicago, IL 60612-2514
19802414        EverBank Commercial Finance, Inc.,    f/k/a Tygris Vendor Finance, Inc.,
                 10 Waterview Blvd., Parsippany, NJ 07054,    Attn: Annette McGovern
19158674        Everbank Comm'l Finance,    Dept. 1608,    Denver, CO 80291-1608
19158676       +Express Merchant,    P.O. Box 17548,    Denver, CO 80217-0548
19158677        Extra Space Storage,    Herndon - Spring St.,    Herndon, VA 20170
19158882       +Fabiola Zavala,    1811 Oak Park Ave. #2,    Berwyn, IL 60402-4919
19158678        FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
19242810        FedEx,    Customer Admin Serv,    P O Box 672085,    Dallas, TX 75267-2085
19537906       +FedEx TechConnect, Inc.,    Attn: Revenue Recovery/Bankruptcy,
                 3965 Airways Blvd. Module G., 3rd Floor,    Memphis, TN 38116-5017
19158739       +Felice Mandell,    12243 SW 50th St.,    Fort Lauderdale, FL 33330-5406
19158679        Fifth Third Bank,    Int'l Accounting,    P.O. Box 633589,    Cincinnati, OH 45263-3589
19158682        First Tenn. Home Equity,    Line of Credit,    P.O. Box 2351,    Memphis, TN 38101-2351
19242823       +Found for Nat'l Insts of Health,    9650 Rockville Pike,    Bethesda, MD 20814-3999
19158684       +Foundation Center,    Subscription Services,    79 Fifth Ave.,    New York, NY 10003-3076
19158685       +Fox Valley Harley Davidson,    ATTN: James Wallish,    131 S. Randall Rd.,
                 Saint Charles, IL 60174-1568
19158688       +Friends of Cancer Research,    Sutie 1050, South Tower,    1800 M. St. N.W.,
                 Washington, DC 20036-5802
19399004       +GGP Limited Partnership,    110 North Wacker Drive,    Chicago, IL 60606-1511
19158774       +Gabriella Pehanich,    2262 W. Leland AVe.,    Chicago, IL 60625-2006
19158690        Georgia Dept. of Labor,    148 Andrew Young Int'l Blvd.,    Atlanta, GA 30303-1751
19158692        Georgia Power,    96 Annex,    Atlanta, GA 30396-0001
19158696       +Guestbooker.com,    1204 Vintage Grove Lane,    Franklin, TN 37064-9497
19158709       +HUB International Northeast Limited,    ATTN: Tyran Sullivan,    100 Sunnyside Blvd.,
                 Woodbury, NY 11797-2925
19158699       +Harrison Self Storage,    2323 Second St.,    Davis, CA 95618-5417
19158702       +Heatmasters, Inc.,    5540 W. Lawrence Ave.,    Chicago, IL 60630-3489
19158703       +Heller Consulting,    1736 Franklin St.,    Oakland, CA 94612-3423
19158707       +Hotel Allegro Chicago,    171 W. Randolph St.,    Chicago, IL 60601-3199
```

```
District/off: 0752-1          User: adragonet              Page 3 of 7               Date Rcvd: Oct 15, 2014
                              Form ID: pdf006              Total Noticed: 345

19158708      +Howard Marcus & Berk,    500 W. Madison St., Ste. 3700,    Chicago, IL 60661-4591
19158712      +Hurt Financial Associates LLC,    50 Hurt Plaza, Ste. 800,    Atlanta, GA 30303-2912
19158714      +Illinois Attorney General,    100 W. Randolph St.,    Chicago, IL 60601-3271
19158715      +Illinois Dept. of Employment Security,    Bankruptcy Collection Unit,
                33 S. State St., 10th Flr.,    Chicago, IL 60603-2808
19158716       Illinois Dept. of Rev.,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
19158718      +Indiana Dept. of Workforce Dev.,    Indiana Gov't Center South,    10 N Senate Ave.,
                Indianapolis, IN 46204-2201
19158720      +Internet Connection INc.,    600 Dover Rd., Ste. 204,    Easton, MD 21601-3898
19158724      +JCDecaux Chicago LLC,    3 Park Ave., 33rd Flr.,    New York, NY 10016-5902
19158722       Jack R. Creel & Assocs.,    P.O. Box 801083,    Houston, TX 77280-1083
19158723      +Jam Entertainment,    Creative Services LLC,    205 W. Goethe,    Chicago, IL 60610-1809
19242811      +Jam Productions,    Creative Services LLC,    205 W Goethe,    Chicago, IL 60610-1809
19158820      +James Salzano,    41 5th AVe., Ste. 4D,    New York, NY 10003-4366
19158665      +Jane Dvorak,    11021 W. 27th Pl.,    Denver, CO 80215-7109
19158778       Jane Perlmutter,    507 N. 5th Avenue,    Ann Arbor, MI 48104-1109
19158695      +Joani Gudeman,    3922 N. Hermitage,    Chicago, IL 60613-2522
19158725      +Jones Public Affairs,    1420 K. St., NW, Ste. 1050,    Washington, DC 20005-2530
19158833      +Jordash Sparks,    c/o Sparks Entertainment,    17501 1/2 Moreland Dr.,
                Channelview, TX 77530-3165
19158617      +Joseph Cashman,    1608 S. Wabash Ave., Unit 3,    Chicago, IL 60616-5444
19158726      +K&M Printing,    1410 N. Meacham Rd.,    Schaumburg, IL 60173-4845
19158728       Kansas Secretary of State,    Memorial Hall,    120 SW 10th Ave., 1st Floor,
                Topeka, KS 66612-1594
19158753      +Karen Moore,    550 N. Kingsbury #319,    Chicago, IL 60654-5760
19158698      +Kathi Hansen,    1240 Washington St.,    Wrightstown, WI 54180-1118
19158570      +Kathy Alleman,    3426 Bedivere Ct.,    Annandale, VA 22003-1223
19158693      +Kathy Gilb,    4508 E. LeMarche Ave.,    Phoenix, AZ 85032-4272
19158849      #+Kayan Tang,    3421 N. Seeley Ave.,    Chicago, IL 60618-6113
19158605      +Kelly Bruno,    1015 W. Wolfram Apt. 2,    Chicago, IL 60657-4327
19158747      +Kelly McCluskey,    2365 Oberon Walk,    Smyrna, GA 30080-5995
19158806      +Kelly Richards,    6613 Martin France Cir., 3C,    Tinley Park, IL 60477-6476
19158822      +Kristin Schmidt,    3021 W. Sunnyside Ave., #1,    Chicago, IL 60625-3833
19177642      +LaSalle Flower Group,    731 N. LaSalle,    Chicago, IL 60654-5073
19158734      +Lakeshore Athletic Services,    7555 N. Linder,    Skokie, IL 60077-3223
19769152      +Lakeshore Athletic Services, Inc.,    7555 North Linder Avenue,    Skokie, IL 60077-3223
19158711      #+Lauren Hughes,    33 E. Cedar #3A,    Chicago, IL 60611-1153
19158732      +Laurie Knott,    P.O. Box 706,    Easton, WA 98925-0706
19158649      +Linda Cork,    3618 N. Colorado,    Indianapolis, IN 46218-1556
19158589      +Lori Baldwin,    17356 Via Alamitos,    San Lorenzo, CA 94580-3549
19158742      +Luisa Martinez,    3607 W. 58th Pl.,    Chicago, IL 60629-3901
19158738       Macke Water Sys., Inc.,    ATTN: Accts. Rec.,    P.O. Box 545,    Wheeling, IL 60090-0545
19158740       Marathon Printing, Inc.,    P.O. Box 30627,    Portland, OR 97294-3627
19158741      +Marathon Sportswear, Inc.,    12751 S. Homan Ave.,    Blue Island, IL 60406-1898
19158652      +Mary Craige,    5308 Weymuth Dr.,    Springfield, VA 22151-1502
19158743       Maryland Secretary of State,    State House,    Annapolis, MD 21401
19158745       Master Brew,    ATTN: Accounts Receivable,    P.O. Box 1508,    Northbrook, IL 60065-1508
19158746      +McCallie Properties,    1400 McCallie Ave., Ste. 240,    Chattanooga, TN 37404-2961
19158748      +Medical Safety Engrng., Inc.,    19 W 023 Barbizon,    Oak Brook, IL 60523-1002
19158735      +Meredith Lander-Cobb,    1417 Teeters Lane,    Glenwood Springs, CO 81601-4582
19158713      +Michal Huston,    5 Aldine Rd.,    Lake Zurich, IL 60047-1202
19398415      +Michigan Avenue Magazine,    500 N. Michigan Avenue, Ste. 1400,    Chicago, IL 60611-3759
19158750       Mid-Atlantic Tel. Corp.,    5 Thornton Rd.,    Gaithersburg, MD 20878
19158751      +Midwest Interstate Elec.,    1355 W. North Ave.,    Chicago, IL 60642-1513
19158752      +ModSpace,    1425 Gifford Rd.,    Elgin, IL 60120-7307
19158802      +Monica Reed,    1316 Pickwick Ct.,    Naperville, IL 60563-2035
19158755       Mutual of America,    4 Westbrook Corporate Center, #240,    Westchester, IL 60154-5736
19158756      +Mutual of Omaha,    Long Island Group Office,    290 Broadhollow Rd., Ste. 404,
                Melville, NY 11747-4818
19158763      +NYS Dept. of Law,    120 Broadway,    New York, NY 10271-0332
19158761      +Nancy Nixon,    436 Knollwood Dr.,    Wood Dale, IL 60191-2410
19158758      +Netrix,    2801 Lakeside Dr., 3rd Floor,    Deerfield, IL 60015-1275
19242824      +Netrix LLC,    2801 Lakeside Dr,    Bannockbum, IL 60015-1253
19158760       Nevada Legal Press,    3301 S. Malibou AVe.,    Pahrump, NV 89048-6489
19158762       North Carolina Secretary of State,    P.O. Box 29622,    Raleigh, NC 27626-0622
19315131      +OFFICE TEAM DIV. of Robert Half International,    ATTN: KAREN LIMA,    PO Box 5024,
                San Ramon, CA 94583-5024
22476018      +OFFICETEAM DIV. OF ROBERT HALF,    ATTN: KAREN LIMA,    PO BOX 5024,    SAN RAMON, CA 94583-5024
19158765      +Office Team,    12400 Collections Center Dr.,    Chicago, IL 60693-0124
19364334       Office of Unemployment Compensation Tax Services,    (UCTS), Department of Labor and Industry,
                Commonwealth of Pennsylvania,    Reading Bankruptcy & Compliance Unit,
                625 Cherry St, Room 203,    Reading PA 19602-1152
19158766       Oklahoma Secretary of State,    2300 N. Lincoln Rd., Room 101,    Oklahoma City, OK 73105-4897
19158767      +Oncology Nursing Society,    c/o Anthony J. Jannetti, Inc.,    East Holly Ave./Box 56,
                Pitman, NJ 08071-0056
19177643       Oregon Dept. of Justice,    1515 SW 5th Ave., #410,    Portland, OR 97201-5451
19158769      +Oregon Dept. of Justice,    1515 SW 5th Ave.., Ste. 410,    Portland, OR 97201-5451
19158770      +Output Services,    6410 Odell Pl.,    Boulder, CO 80301-3310
19158772      +PA&T Insurance Brokers,    ATTN: Paul Alberts and Joan Jensen,    Orland Executive Tower,
                15255 S. 94th Ave., Ste. 200,    Orland Park, IL 60462-3810
```

```
District/off: 0752-1          User: adragonet            Page 4 of 7             Date Rcvd: Oct 15, 2014
                              Form ID: pdf006            Total Noticed: 345

19158602       +Pam Bowden,    P.O. Box 722,    Bixby, OK 74008-0722
19158744      #+Pam Mason,    7200 N.W. 2nd Ave., #52,     Boca Raton, FL 33487-2340
19158789       +Pam Price-Hoskins,    9513 S. Maplewood,    Tulsa, OK 74137-4154
19158731        Patti Klapmeier-Zenaty,     26645 N. Anderson Rd.,    Wauconda, IL 60084
19158775       +Pennsylvania Dept. of Rev.,    P.O. Box 280901,    Harrisburg, PA 17128-0901
19158776       +Pennsylvania Ofc. of Unemployment,     Compensation Benefits,    651 Boas St., #915,
                 Harrisburg, PA 17121-0725
19158779       +Pink Taxi,    800 Busse Hwy., Ste. 111,    Park Ridge, IL 60068-2378
19158780        Pitney Bowes Global Financial Servs.,     P.O. Box 371887,    Pittsburgh, PA 15250-7887
19158781        Pitney Bowes Purchase Power,    P.O. Box 374874,    Pittsburgh, PA 15250-7874
19158782        Pitney Bowes, Inc.,    P.O. Box 371896,    Pittsburgh, PA 15250-7896
19158783       +Plan A: Creative Events LLC,    2140 W. Division St., #2,    Chicago, IL 60622-7892
19158788       +Precision Payroll of Am., LLC,    1901 S. Meyers Rd., Ste. 310,    Villa Park, IL 60181-5207
19158791       +Prime Plan Solutions,    P.O. Box 219162,    Kansas City, MO 64121-9162
19158790       +Prime Plan Solutions,    330 W. 9th St.,    Kansas City, MO 64105-1514
19158792       +Print Xpress,    311 S. Wacker Dr.,    Chicago, IL 60606-6627
19158793       +Printing Arts,    2001 W. 21st St.,    Broadview, IL 60155-4632
19158794       +Printworks,    311 W. Superior, Ste. 105,    Chicago, IL 60654-3548
19158796       +Pro Storage of Mountain Creek,    311 Glendale Dr.,    Chattanooga, TN 37405-1605
19242812       +Prostar Productions,    3014 Commercial Ave.,    Northbrook, Il 60062-1913
19158797       +Prostar Promotions,    3014 Commercial Ave.,    Northbrook, IL 60062-1913
19158798       +Queen Bee Commc'ns,    635 Winsford Rd.,    Bryn Mawr, PA 19010-3651
19158814        RTA/CTA Transit Benefit Fare Program,     P.O. Box 75003,    Chicago, IL 60675-5003
19158817       +RX Help for Californians,    925 L Street, Ste. 1200,    Sacramento, CA 95814-3767
19158800       +Re,   1935 S. Harvard Ave.,    Tulsa, OK 74112-6827
19177644       +Red Rock Resort and Spa,    ATTN: Carrie-Ann Ratner,    2300 Paso Verde Pkwy.,
                 Henderson, NV 89052-2672
19158803        Reserve Account,    P.O. Box 223648,    Pittsburgh, PA 15250-2648
19158804       +Revel Decor, Inc.,    1402 N. Western Ave.,    Chicago, IL 60622-1734
19158705       +Ric Hernandez,    6151 N. Francisco,    Chicago, IL 60659-2501
19158807       +Rick Bennett Int'l, Inc.,    137 N. Larchmont Blvd. #637,    Los Angeles, CA 90004-3704
19158809      #+River East Art Center,    435 E. Illinois St.,    Chicago, IL 60611-4364
19158810       +Robert Half International, Inc.,     ATTN: Sara Knox,    205 N. Michigan Ave., Ste. 3301,
                 Chicago, IL 60601-5924
19158821       +Rosalina Saucedo,    1813 Jeanette Ave.,    Saint Charles, IL 60174-4689
19158811       +Rosalinda Melgoza,    5416 S. Komensky,    Chicago, IL 60632-4236
19158812      #+Rosemary A. Hurayt, LCSW,    325 Market St., Ste. 303,    Chattanooga, TN 37402-1247
19158815       +Ruden McClosky Smith Schuster & Russell,     ATTN: Scott J. Fuerst,
                 200 E. Broward Blvd. 15th Floor,    Fort Lauderdale, FL 33301-1963
19158818       +S3 Safety Service Systems,    4036 N. Nashville Ave.,    Chicago, IL 60634-1427
19406160       +SAFETY SERVICE SYSTEMS INC A/K/A S3 INC.,     DLA PIPER LLP (US) ATTN: DANIEL M. SIMON,
                 203 NORTH LASALLE STREET, SUITE 1900,    CHICAGO, ILLINOIS 60601-1263
19597671      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation/Compliance Activity,
                  POB 245,    Trenton, NJ 08695-0245)
19158681       +Sandra Finestone,    17952 Sky Park Circle,    Irvine, CA 92614-6411
19158836       +Sandra Spivey,    24341 McCloud Ct.,    Laguna Niguel, CA 92677-7010
19158870       +Sandra Walsh,    900 Kent Dr.,    Davis, CA 95616-0931
19158733       +Sandya Krishnan,    921 W. Webster #2,    Chicago, IL 60614-3617
19158825        Secretary of State,    P.O. Box 5513,    Bismarck, ND 58506-5513
19158826        Secretary of State,    P.O. Box 94125,    Baton Rouge, LA 70804-9125
19158881        Sharon Zalesky,    21185 N. Valley Rd.,    Lake Zurich, IL 60047-8580
19158828       +Sheraton Chicago,    301 E. North Water,    Chicago, IL 60611-4300
19158749       +Shirley A. Mertz,    1481 Thor Dr.,    Palatine, IL 60067-4751
19158830       +Software Techniques,    13105 Booker T. Washington Hwy., Bldg. B,    Hardy, VA 24101-3933
19158764      #+Sonia Ocasio,    262 W. Ridge Rd.,    Nottingham, PA 19362-9160
19158831       +Sound Investment,    516 N. Ogden Ave., #175,    Chicago, IL 60642-6421
19158832       +Southern California Pipe Trades,    501 Shatto Pl., 5th Flr.,    Los Angeles, CA 90020-1730
19158834       +Special Event Services Group,    P.O. Box 927,    Lombard, IL 60148-0927
19158835       +Special Fund for Disability Benefit,    20 Park St., Room 301,    Albany, NY 12207-1604
19158837        Staple Advantage,    Dept. DET,   P.O. Box 83689,    Chicago, IL 60696-3689
19522357       +Staples, Inc.,    Attn: Daneen Kastanek,    1 Environmental Way,    Broomfield CO 80021-3415
19158845        State Public Regulation Comm'n,    Corporation Bureau,    P.O. Box 1269,
                 Santa Fe, NM 87504-1269
19158838       +State of Michigan,    P.O. Box 30767,    Lansing, MI 48909-8267
19158839       +State of Minnesota,    445 Minnesota St.,    Charities Unit, Ste. 1200 NCI Twr.,
                 Saint Paul, MN 55101-2190
19158840        State of New Jersey,    Dept. of Labor and Workforce Dev.,    P.O. Box 929,
                 Trenton, NJ 08646-0929
19158841       +State of Rhode Island,    233 Richmond St., Ste. 232,    Providence, RI 02903-4213
19158842        State of Tennessee,    312 8th Avenue North,    Nashville, TN 37243-0308
19158843       +State of Utah,    Dept. of Commerce,    P.O. Box 146704,    Salt Lake City, UT 84114-6704
19158844        State of Washington,    801 Capitol Way So.,    P.O. Box 40234,    Olympia, WA 98504-0234
19158593       +Sue Bennett,    1550 Eligie Lane,    Davis, CA 95618-6543
19158846        Sunbelt Rentals,    P.O. Box 409211,    Atlanta, GA 30384-9211
19158847       +Superior Air Ground AMB Serv.,    P.O. Box 1407,    Elmhurst, IL 60126-8407
19242825       +Susan G Koman Breast Cancer,    Foundation Chgo-land Chapter,    8765 W Higgins Ave Ste 401,
                 Chicago, IL 60631-4022
19158730       +Susan King,    3235 Via Alicante #52,    La Jolla, CA 92037-2712
```

```
District/off: 0752-1          User: adragonet              Page 5 of 7                   Date Rcvd: Oct 15, 2014
                              Form ID: pdf006              Total Noticed: 345


19158813       +Susan Rosen,    58 Friendly Rd.,    Hicksville, NY 11801-6312
19158571       +Susana M. de Alvizuri,    3827 Celeste Lane,    Naperville, IL 60564-3107
19158848        Symantec SMB Renewals,    P.O. Box 202475,    Dallas, TX 75320-2475
19158851       +TKO Visual Commc'ns,    405 Business Park Lane,    Allentown, PA 18109-9120
19158850        Tennessee American Water,    P.O. Box 371880,    Pittsburgh, PA 15250-7880
19158599       +The Blackstone Renaissance,    636 S. Michigan Ave.,    Chicago, IL 60605-1901
19158606        The Business Press,    4250 N. Old River Rd.,    Schiller Park, IL 60176-1630
19158737       +The Lock Up,    1930 N. Clybourn Ave.,    Chicago, IL 60614-4924
19158805       +The Revere Group, Ltd.,    2166 Paysphere Circle,    Chicago, IL 60674-0021
19158604       +Theresa Brizzi,    9210 Pembrooke,    Orland Park, IL 60462-6733
19158852        Travelers,    CL Remittance Center,    P.O. Box 660317,    Dallas, TX 75266-0317
19158853        Treasurer of Virginia,    P.O. Box 526,    Richmond, VA 23218-0526
19158854        Treasurer, State of Maine,    35 State House Station,    Augusta, ME 04333-0035
19158855        Tri-State EMC,    SEDC,   P.O. Box 530812,    Atlanta, GA 30353-0812
19158857        UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
19242813        UPS,    28013 Network Pl,    Chicago, IL 60673-1280
19242826       +United Airlines,    Attn: Rosemary Moore,    233 S Wacker Dr,    Chicago, IL 60606-6462
19158856       +University of Covenant Church,    315 Mace Blvd.,    Davis, CA 95618-4394
19242807       +Urban Partership Bank,    7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
19158859        Urban Partnership Bank,    P.O. Box 19260,    Chicago, IL 60619-0260
19158858       +Urban Partnership Bank,    Non Profit Center and Foundations,    ATTN:  Kim Jones,
                 333 S. State St.,    Chicago, IL 60604-3900
19158861      #+Venue One,    1044 W. Randolph,    Chicago, IL 60607-2215
19242827       +Verizon,    P O Box 3397,    Bloomington, IL 61702-3397
19158862       +Verizon,    P.O. Box 660270,    Dallas, TX 75266-0270
19242814        Verizon,    P O Box 371322,    Pittsburgh, PA 15250-7322
19158863        Verizon Business,    P.O. Box 371355,    Pittsburgh, PA 15250-7355
19158864        Verizon Business,    P.O. Box 371873,    Pittsburgh, PA 15250-7873
19158866       +Virginia Employment Comm'n,    703 E. Main St.,    Richmond, VA 23219-3315
19158867        Vision Service Plan,    P.O. Box 742135,    Los Angeles, CA 90074-2135
19242815       +Voiance Language Services LLC,    P O Box 25505,    Lehigh Valley, PA 18002-5505
19158868        Voiance Language Services LLC,    P.O. Box 975654,    Dallas, TX 75397-5654
19569968       +Voiance Language Services, LLC.,    5780 N. Swan Rd,    Tucson, AZ 85718-4527
19158869       +Volunteer Energy Coop.,    P.O. Box 22222,    Decatur, TN 37322-2222
19242816       +Walsh, Sandra,    900 Kent Dr,    Davis, CA 95616-0931
19158871        Warren Professional Building Corp.,    P.O. Box 470372,    Tulsa, OK 74147-0372
19158824       +Wendy Schultz,    3762 N. Kenmore Ave., #2S,    Chicago, IL 60613-3265
19177645       +What2design,    274 S. Monterrey Lane,    Elmhurst, IL 60126-3010
19158874       +When to Work, Inc.,    360 E. 1st St., #301,    Tustin, CA 92780-3211
19158875       +Whitman Insight Strategies,    80 Eighth AVe., Ste. 1210,    New York, NY 10011-7196
19158877       +Win Eternal Tech. Corp.,    1313 E. Maple St., Ste. 508,    Bellingham, WA 98225-5708
19158878      #+Workplace Solutions,    ATTN; Rebecca Litz,    1100 E. Woodfield Rd., Ste. 433,
                 Schaumburg, IL 60173-5119
19158879      #+Workplace Solutions LLC,    1100 E. Woodfield Rd., Ste. 433,    Schaumburg, IL 60173-5119
19242828       +Y-ME National Breast Cancer,    Organization,    401(k) Plan 16-556633,    135 S. LaSalle Ste 2000,
                 Chicago, IL 60603-4222
19158883        Zephyrhills,    P.O. Box 856680,    Louisville, KY 40285-6680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19158581        E-mail/Text: g17768@att.com Oct 16 2014 01:15:14      AT&T,    P.O. Box 5080,
                 Carol Stream, IL 60197-5080
19158583        E-mail/Text: g20956@att.com Oct 16 2014 01:16:33      AT&T Mobility,    P.O. Box 6463,
                 Carol Stream, IL 60197-6463
19177638        E-mail/Text: bankruptcy@brinksinc.com Oct 16 2014 01:16:22      Brinks, Inc.,    File 52005,
                 Los Angeles, CA 90074-2005
19794093       +E-mail/Text: bankruptcy@brinksinc.com Oct 16 2014 01:16:23      Brinks, Incorporated,
                 Tamara Carman,    555 Dividend Dr, Suite 100,    Coppell, TX 75019-4963
19158654        E-mail/Text: jasmin.merced@wolterskluwer.com Oct 16 2014 01:16:37      CT Corporation,
                 P.O. Box 4349,    Carol Stream, IL 60197-4349
19158609       +E-mail/Text: itcdbg@edd.ca.gov Oct 16 2014 01:15:36      California Employment Dev. Dept.,
                 P.O. Box 826880, UPICD, MIC 40,    Sacramento, CA 94280-0001
19158612       +E-mail/Text: mdeguzman@csa.canon.com Oct 16 2014 01:16:25      Canon Business Solutions, Inc.,
                 300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
19158626        E-mail/Text: ryan.stephens@citrix.com Oct 16 2014 01:16:23      Citrix Online,    File 50264,
                 Los Angeles, CA 90074-0264
19242820       +E-mail/Text: ryan.stephens@citrix.com Oct 16 2014 01:16:23      Citrix Online LLCV,
                 7414 Hollister Ave,    Goleta, CA 93117-2583
19158633       +E-mail/PDF: dor_tac_bankruptcy@state.co.us Oct 16 2014 01:20:46      Colorado Dept. of Revenue,
                 1375 Sherman St.,    Denver, CO 80261-2200
19158637        E-mail/Text: legalcollections@comed.com Oct 16 2014 01:16:36      ComEd,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
19158653        E-mail/Text: bankruptcy@water.com Oct 16 2014 01:15:38      Crystal Springs,    P.O. Box 660579,
                 Dallas, TX 75266-0579
19158687       +E-mail/Text: mary.oswald@freemanco.com Oct 16 2014 01:15:33      Freeman,
                 3323 IH-35N, Ste. 120,    San Antonio, TX 78219-2302
19655891        E-mail/Text: brnotices@dor.ga.gov Oct 16 2014 01:15:27      Georgia Department of Revenue,
                 Bankruptcy Section,    1800 Century Blvd. NE Suite 17200,    Atlanta, GA 30345
19158691        E-mail/Text: brnotices@dor.ga.gov Oct 16 2014 01:15:27      Georgia Dept. of Revenue,
                 1800 Century Blvd.,    Atlanta, GA 30345
```

```
District/off: 0752-1           User: adragonet              Page 6 of 7                  Date Rcvd: Oct 15, 2014
                               Form ID: pdf006              Total Noticed: 345


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19158694       +E-mail/Text: sbrownstein@adlergroup.com Oct 16 2014 01:16:17
                 GRE Properties Sheridan Hills LLC,    1400 NW 107th AVe., 4th Fl.,    Miami, FL 33172-2746
19158623        E-mail/Text: rdefreitas@kentlaw.edu Oct 16 2014 01:15:33     Chicago-Kent College of Law,
                 565 W. Adams St.,    Chicago, IL 60661
19158717       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Oct 16 2014 01:21:34      Indiana Dept. of Rev.,
                 Bankruptcy Section - N-203,    100 N. Senate Ave.,    Indianapolis, IN 46204-2273
19158719        E-mail/Text: cio.bncmail@irs.gov Oct 16 2014 01:15:22     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
19158721        E-mail/Text: bankruptcy2@ironmountain.com Oct 16 2014 01:16:08     Iron Mountain,
                 P.O. Box 27128,    New York, NY 10087-7128
19696640        E-mail/Text: bankruptcy2@ironmountain.com Oct 16 2014 01:16:08
                 Iron Mountain Informaiton Management, LLC,    Attn: Joseph Corrigan,    745 Atlantic Avenue,
                 Boston, MA 02111-2735
19781625       +E-mail/Text: bankruptcy2@ironmountain.com Oct 16 2014 01:16:08
                 Iron Mountain Information Management, Inc.,    ATTN: Joseph Corrigan,
                 745 Atlantic Avenue, 10th Floor,    Boston, MA 02111-2735
19696529        E-mail/Text: bankruptcy2@ironmountain.com Oct 16 2014 01:16:08
                 Iron Mountain Information Management, LLC,    Attn: Joseph Corrigan,    745 Atlantic Avenue,
                 Boston, MA 02111-2735
19158757       +E-mail/Text: bankruptcies@armscoinc.com Oct 16 2014 01:16:05     Neopost USA,
                 478 Wheelers Farms Rd.,    Milford, CT 06461-9105
19158787        E-mail/Text: jay.gerber@prnewswire.com Oct 16 2014 01:16:25     PR Newswire,   GPO 5897,
                 New York, NY 10087-5897
19456178       +E-mail/Text: bankruptcy@pb.com Oct 16 2014 01:16:36     Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
19158785        E-mail/Text: bankruptcy@pb.com Oct 16 2014 01:16:37     Postage by Phone,   P.O. Box 0566,
                 Carol Stream, IL 60132-0566
19158865        E-mail/Text: bkr@taxva.com Oct 16 2014 01:16:29     Virginia Dept. of Taxation,   P.O. Box 1115,
                 Richmond, VA 23218-1115
19158880        E-mail/Text: vanessa.adams@xerox.com Oct 16 2014 01:15:30     Xerox Corp.,   P.O. Box 827598,
                 Philadelphia, PA 19182-7598
                                                                                               TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19158563        135 S. LaSalle Property LLC,    c/o James D. Roberts, Chen Nelson Robert,
                 203 N. LaSalle - 15th Floor, Chicago, IL
19158656        Dalton Utilities,    1200 V.D. Parrott, Jr., Pkwy.,    P.O. Box 669,   GA 30772-0869
19158661        Director of Revenue,    Secretary of State,    P.O. Box 1366
19158686        Franchise Board Treasurer,    P.O. Box 942570701
19158768        Optimal,    P.O. Box 20505,    FL 33632-0746
19537922*      +FedEx TechConnect, Inc.,    Attn:  Revenue Recovery/Bankruptcy,
                 3965 Airways Blvd. Module G., 3rd Floor,    Memphis, TN 38116-5017
19537952*      +FedEx TechConnect, Inc.,    Attn:  Revenue Recovery/Bankruptcy,
                 3965 Airways Blvd. Module G., 3rd Floor,    Memphis, TN 38116-5017
19538025*      +FedEx TechConnect, Inc.,    Attn:  Revenue Recovery/Bankruptcy,
                 3965 Airways Blvd. Module G., 3rd Floor,    Memphis, TN 38116-5017
19177641*      +Heller Consulting,    1736 Franklin St.,    Oakland, CA 94612-3423
19906567*      +Iron Mountain Information Management, LLC,    Attn:  Joseph Corrigan,   745 Atlantic Avenue,
                 Boston, MA 02111-2735
19158827      ##+Alisa Semegen,    3850 Emerson Dr.,    Schiller Park, IL 60176-2409
19158578       ##Anixter Center,    6677 Lincoln Ave., Ste. 400,    Lincolnwood, IL 60712-3634
19158829      ##+Bethany Sievert,    204 E. Franklin St.,    Wheaton, IL 60187-4147
19158607       ##Caffe Baci,    P.O. Box 641399,    Chicago, IL 60664-1399
19158616      ##+Carolyn Carosella,    12839 San Vicente,    Los Angeles, CA 90049-4919
19158823      ##+Christina Schuessler,    1440 S. Michigan AVe. #418,    Chicago, IL 60605-2957
19158641      ##+Community Health Charities,    200 N. Glebe Rd., Ste. 801,    Arlington, VA 22203-3728
19158655      ##+Custom Design, Inc.,    795 Dave Date Dr.,    Roselle, IL 60172-1768
19158587      ##+Edgar Avery,    104 County Line Rd.,    Rock Spring, GA 30739-2604
19158736      ##+Elena Lawrence,    3106 Silverwood Dr.,    Fort Collins, CO 80525-2899
19158611      ##+Elizabeth Campbell,    1059 W. Oakdale,    Chicago, IL 60657-7980
19158680      ##+Fig Media Inc.,    1120 W. Granville Ave.,    Chicago, IL 60660-2013
19158697      ##+Judy Guitelman,    730 N. Oak St.,    Hinsdale, IL 60521-3604
19158580      ##+Laura Arnold,    9218 Dayton Pike, #84,    Soddy Daisy, TN 37379-4852
19158873      ##+Laura Watkins,    5291 Foxridge, #101,    Mission, KS 66202-4537
19158706      ##+Misty HIbbits,    6884 Bishops Crossing Circle,    Dublin, OH 43016-8022
19158754      ##+Mueller & Co., LLP,    2560 Foxfield Rd., Ste. 300,    Saint Charles, IL 60174-5731
19158773      ##+Paramount Events,    1351 W. Roscoe St.,    Chicago, IL 60657-0339
19158777      ##+Penny Burns Balloons,    4715 S. Kilpatrick,    Chicago, IL 60632-4832
19158784      ##+Portajane Chicago,    3090 N. Lake Terr.,    Glenview, IL 60026-1336
19158801      ##+Red Bus Corp.,    15530-A2 Rockfield Blvd.,    Irvine, CA 92618-2723
19158729      ##+Sean T. Kennedy,    2123 N. Bissell St.,    Chicago, IL 60614-4201
19158675      ##+Susan Ewing LCSW,    3069 S. Broad St., Ste. 9,    Chattanooga, TN 37408-3083
19158799      ##+Terry Radigan,    609 6th St.,    Brooklyn, NY 11215-3701
19158884      ##+Zoomsafer,    ATTN:  Matthew Howard,    441 C Carlisle Dr.,   Herndon, VA 20170-4837
                                                                                 TOTALS: 5, * 5, ## 25

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: adragonet            Page 7 of 7              Date Rcvd: Oct 15, 2014
                              Form ID: pdf006            Total Noticed: 345
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2014 at the address(es) listed below:

```
              Catherine L Steege, ESQ    on behalf of Debtor   Y-ME National Breast Cancer Organization, Inc.
               csteege@jenner.com, docketing@jenner.com
              Christopher Combest    on behalf of Trustee Philip V Martino, ESQ christopher.combest@quarles.com,
               Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
              David A. Kallick    on behalf of Creditor Arline  Kallick dkallick@tishlerandwald.com
              James D Roberts    on behalf of Creditor    135 S. LaSalle Property LLC
               jroberts@chennelsonroberts.com
              Kristen N Pate    on behalf of Creditor    Ggp Limited Partnership ggpbk@ggp.com
              Lauren N. Beslow    on behalf of Trustee Philip V Martino, ESQ Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 10
```