JACQUELINE P. COX

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Y-ME NATIONAL BREAST CANCER | § | Case No. 12-28257 |
| ORGANIZ | | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| | |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Urban Partnership Bank 7936 S. Cottage Grove Ave. Chicago, IL 60609 | | | | | |
| 000021 | IRON MOUNTAIN INFORMATION MANAGEMEN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| 135 S LASALLE PROPERTY LLC | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| ATTORNEY GENERAL STATE OF ILLINOIS | | | | | |
| IRON MOUNTAIN | | | | | |
| PRECISION PAYROLL | | | | | |
| PRIME PLAN SOLUTIONS | | | | | |
| SARAH K. BAKER | | | | | |
| OSTROW REISIN BERK & ABRAMS, LTD. | | | | | |
| OSTROW REISIN BERK & ABRAMS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | INTERNAL REVENUE SERVICE | | | | | |
| 000014 | STATE OF NEW JERSEY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 501©(3) Agencies Trust 10080 N. Wolfe Rd. SW3, Suite 520 Cupertino, CA 95014 | | | | | |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197-5080 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 5080 Carol Stream, IL 60197-5080 | | | | | |
| | Alex Claney Photography 331 S. 2nd St. Saint Charles, IL 60174 | | | | | |
| | AmTrust Realty Corp. A/A/F As Agent for 135 S. LaSalle Property LLC ATTN:  Anne M. Holker 250 Broadway New York, NY 10007 | | | | | |
| | Amoena USA Corp. 1701 Barrett Lakes Rd., Ste. 410 Canton, GA 30114 | | | | | |
| | Anixter Center 6677 Lincoln Ave., #400 Chicago, IL 60642-5340 | | | | | |
| | Blue Frog Design c/o Kristine I. Keegan 20815 N. Meadow Lane Barrington, IL 60010 | | | | | |
| | Canon Business Solutions, Inc. 300 Commerce Square Blvd. Burlington, NJ 08016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Logistics P.O. Box 90245 Elk Grove Village, IL 60009 | | | | | |
| | Cindy Geoghegan 3 Pheasant Dr. Madison, CT 06443 | | | | | |
| | Coldwell Banker 3201 Old Jacksonville Rd., LLC 3201 Old Jacksonville Rd. Springfield, IL 62711 | | | | | |
| | Comcast Phone LLC 16333 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | Communications Direct, Inc. P.O. Box 241188 Montgomery, AL 36124-1188 | | | | | |
| | Conference America P.O. Box 241188 Montgomery, AL 36124-1188 | | | | | |
| | Continental Transp. Solution Slot 302185 P.O. Box 66973 Chicago, IL 60666-0973 | | | | | |
| | Coping Magazine Media America P.O. Box 682268 Franklin, TN 37068-2268 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Datapipe, Inc. P.O. Box 36477 Newark, NJ 07188 | | | | | |
| | EasyTEL Commc'ns 7335 S. Lewis AVe., #100 Tulsa, OK 74136 | | | | | |
| | Edge Show Tek 3354 Commercial Ave. Glencoe, IL 60022 | | | | | |
| | Emerald Hills Executive Plaza LLC Brenner Real Estate Group ATTN:  Scott F. Brenner 1500 W. Cypress Creek Rd., Ste. 409 Fort Lauderdale, FL 33309 | | | | | |
| | Foundation Center Subscription Services 79 Fifth Ave. New York, NY 10003 | | | | | |
| | Heller Consulting 1736 Franklin St. Oakland, CA 94612 | | | | | |
| | Internet Connection, Inc. 600 Dover Rd., #204 Easton, MD 21601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jam Productions Creative Services LLC 205 W. Goethe Chicago, IL 60610 | | | | | |
| | Jane Perlmutter 503 Detroit St. Ann Arbor, MI 48104 | | | | | |
| | K&M Printing 1410 N. Meacham Rd. Schaumburg, IL 60173 | | | | | |
| | LaSalle Flower Group 731 N. LaSalle Chicago, IL 60610 | | | | | |
| | Macke Water Sys., Inc. P.O. Box 545 Wheeling, IL 60090-0545 | | | | | |
| | Marathon Sportswear, Inc. 12751 S. Homan Ave. Blue Island, IL 60406 | | | | | |
| | Medical & Safety Engineering, Inc. 19 W 023 Ave. Barbizon Oak Brook, IL 60523 | | | | | |
| | ModSpace 1425 Gifford Rd. Elgin, IL 60120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mueller & Co., LLP 2560 Foxfield Rd., Ste. 300 Saint Charles, IL 60174 | | | | | |
| | Netrix LLC 2801 Lakeside Dr. Bannockburn, IL 60015 | | | | | |
| | Oregon Dept. of Justice 1515 SW 5th Ave. #410 Portland, OR 97201 | | | | | |
| | Paramount Events 1351 W. Roscoe Chicago, IL 60657 | | | | | |
| | Print Xpress 311 S. Wacker Dr. Chicago, IL 60606 | | | | | |
| | Prostar Productions 3014 Commercial Ave. Northbrook, IL 60062 | | | | | |
| | Red Rock Resort and Spa ATTN: Carrie-Ann Ratner 2300 Paseo Verde Pkwy. Henderson, NV 89052 | | | | | |
| | Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384-9211 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Terry Radigan 609 6th St. Brooklyn, NY 11215 | | | | | |
| | The Business Press 4250 N. Old River Rd. Schiller Park, IL 60176-1630 | | | | | |
| | The Revere Group, Ltd. 2166 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Travelers CL Remittance Center P.O. Box 660317 Dallas, TX 75266-0317 | | | | | |
| | UPS 28013 Network Pl. Chicago, IL 60673-1280 | | | | | |
| | Verizon P.O. Box 371322 Pittsburgh, PA 15250-7322 | | | | | |
| | Walsh, Sandra 900 Kent Dr. Davis, CA 95616 | | | | | |
| | What2design 274 S. Monterrey Lane Elmhurst, IL 60126 | | | | | |
| 000022 | 135 S. LASALLE PROPERTY LLC | | | | | |
| 000020 | BLACKBAUD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | INTERNAL REVENUE SERVICE | | | | | |
| 000006 | JONES PUBLIC AFFAIRS | | | | | |
| 000008 | OFFICE TEAM DIV. OF ROBERT HALF INT | | | | | |
| 000002 | SAFETY SERVICE SYSTEMS INC A/K/A S3 | | | | | |
| 000009 | SPECIAL EVENT SERVICES GROUP | | | | | |
| 000013 | STATE OF NEW JERSEY | | | | | |
| 000015 | WHITMAN INSIGHT STRATEGIES | | | | | |
| 000016 | ARROW MESSENGER SERVICE | | | | | |
| 000023 | BRINKS, INCORPORATED | | | | | |
| 000018 | CHRISTY WEBBER LANDSCAPES | | | | | |
| 000007 | COPILEVITZ & CANTER LLC | | | | | |
| 000003 | DEBBIE HAYES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | EVERBANK COMMERCIAL FINANCE, INC. | | | | | |
| 000011 | FEDEX TECHCONNECT, INC. | | | | | |
| 000017 | GEORGIA DEPARTMENT OF REVENUE | | | | | |
| 000021A | IRON MOUNTAIN INFORMATION MANAGEMEN | | | | | |
| 000019 | LAKESHORE ATHLETIC SERVICES | | | | | |
| 000001 | OFFICE TEAM DIV. OF ROBERT HALF INT | | | | | |
| 000004 | PITNEY BOWES INC | | | | | |
| 000010 | STAPLES, INC. | | | | | |
| 000012 | VOIANCE LANGUAGE SERVICES, LLC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

Exhibit 8

| Case No: | 12-28257 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|

Case Name:  Y-ME NATIONAL BREAST CANCER ORGANIZ

For Period Ending:  06/19/15

Trustee Name:  PHILIP V. MARTINO

Date Filed (f) or Converted (c):  07/17/12 (f)

341(a) Meeting Date:  09/05/12

Claims Bar Date:  12/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Refund (u) | 0.00 | 1,023.28 | | 1,023.28 | FA |
| 2. Urban Partnership Bank Checking Account | 50,254.64 | 39,983.54 | | 39,983.54 | FA |
| 3. Urban Partnership Bank Account | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 4. Walgreens Pharmacy Invoice Payment (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 5. Patient Assistance Fund (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 20,000.00 | 5,931.66 | | 5,931.66 | FA |
| 7. Cobra Deposits 2012 (u) | 0.00 | 6,734.62 | | 6,734.62 | FA |
| 8. 501(c) Agencies Trust Close Out Moneys (u) | 0.00 | 14,246.60 | | 14,246.60 | FA |
| 9. IP, Name, Data Base Auction | Unknown | 25,000.00 | | 25,000.00 | FA |
| 10. IRS Refund for 940` (u) | 0.00 | 1,270.48 | | 1,270.48 | FA |
| 11. F-940 Refund (u) | 0.00 | 238.98 | | 238.98 | FA |
| 12. SECURITY DEPOSIT (u) | 6,216.50 | 6,216.00 | | 6,216.00 | FA |
| 13. Travelers Umbrella Policy | 0.00 | 0.00 | | 0.00 | FA |
| 14. Travelers Commercial Policy | 0.00 | 0.00 | | 0.00 | FA |
| 15. Philadelphia Insurance D&O Policy | 0.00 | 0.00 | | 0.00 | FA |
| 16. Travelers Workers' Compensation | 0.00 | 0.00 | | 0.00 | FA |
| 17. Travelers ERISA Compliance | 0.00 | 0.00 | | 0.00 | FA |
| 18. MACHINERY AND SUPPLIES | 33,399.00 | 0.00 | | 0.00 | FA |
| 19. INVENTORY | 129,760.00 | 0.00 | | 0.00 | FA |
| 20. Other Personal Property | Unknown | 0.00 | | 0.00 | FA |
| 21. Certificate of Deposit at Urban Partnership | 200,000.00 | 0.00 | OA | 0.00 | FA |
| Secured Creditor UPB set off most of the debt owed to them against that $200,000 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $444,630.14 | $115,645.16 | | $115,645.16 | $0.00 |

Ver: 18.05

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-28257 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |

Case Name:    Y-ME NATIONAL BREAST CANCER ORGANIZ

Date Filed (f) or Converted (c):    07/17/12 (f)

341(a) Meeting Date:    09/05/12

Claims Bar Date:    12/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

IRS returned checks -- their claim had been paid in full prior to Final Report.  Second distribution made 12/17/14.

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 10/01/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-28257 -JPC |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9820  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9954 |
| For Period Ending: | 06/19/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 109,980.32 | | 109,980.32 |
| | 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 79.10 | 109,901.22 |
| | 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 107.68 | 109,793.54 |
| | 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 163.37 | 109,630.17 |
| | 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 157.77 | 109,472.40 |
| | 05/30/14 | 005002 | Iron Mountain c/o Joseph Corrigan Corporate Counsell One Federal Street Boston, MA 02110 USA | Y-ME storage | 2990-000 | | 7,981.36 | 101,491.04 |
| | 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 162.75 | 101,328.29 |
| | 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 154.97 | 101,173.32 |
| | 11/13/14 | 005003 | 135 S LaSalle Property LLC c/o James D. Roberts Chen Nelson Roberts Ltd. 203 N LaSalle, 15th Floor Chicago, IL 60601 | Claim 000022A, Payment 100.00000% | 2410-000 | | 14,339.56 | 86,833.76 |
| * | 11/13/14 | 005004 | Iron Mountain Information Management LLC Attn: Joseph Corrigan 745 Atlantic Avenue Boston, MA 02111-2735 | Claim 000021, Payment 100.00000% | 4210-004 | | 314.00 | 86,519.76 |
| * | 11/13/14 | 005004 | Iron Mountain Information Management LLC Attn: Joseph Corrigan 745 Atlantic Avenue Boston, MA 02111-2735 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 4210-004 | | -314.00 | 86,833.76 |

Page Subtotals    109,980.32    23,146.56

Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 12-28257  -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9820  Checking Account |
| Taxpayer ID No: | *******9954 | | | |
| For Period Ending: | 06/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/13/14 | 005005 | OFFICE TEAM DIV. of Robert Half International ATTN: KAREN LIMA PO Box 5024 San Ramon, CA 94583-9128 | Claim 000001, Payment 15.96916% | 7100-000 | | 789.03 | 86,044.73 |
| 11/13/14 | 005006 | SAFETY SERVICE SYSTEMS INC A/K/A S3 INC. DLA PIPER LLP (US) ATTN: DANIEL M. SIMON 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO, ILLINOIS 60640 | Claim 000002, Payment 15.96914% | 7100-000 | | 2,944.45 | 83,100.28 |
| 11/13/14 | 005007 | Debbie Hayes 20945 Cherokee Terrace Sterling, VA 20165-5854 | Claim 000003, Payment 15.96892% | 7100-000 | | 133.39 | 82,966.89 |
| 11/13/14 | 005008 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville FL 32256 | Claim 000004, Payment 15.96902% | 7100-000 | | 496.86 | 82,470.03 |
| * 11/13/14 | 005009 | Internal Revenue Service | Claim 000005, Payment 15.96891% | 7100-003 | | 282.87 | 82,187.16 |
| 11/13/14 | 005010 | Jones Public Affairs 1420 K. St., NW, Ste. 1050 Washington, DC 20005 | Claim 000006, Payment 15.96914% | 7100-000 | | 2,648.02 | 79,539.14 |
| 11/13/14 | 005011 | Copilevitz & Canter LLC 310 W. 20th St., Ste. 300 Kansas City, MO 64108 | Claim 000007, Payment 15.96909% | 7100-000 | | 684.21 | 78,854.93 |
| 11/13/14 | 005012 | Special Event Services Group P.O. Box 927 Lombard, IL 60148 | Claim 000009, Payment 15.96913% | 7100-000 | | 4,811.69 | 74,043.24 |
| 11/13/14 | 005013 | Staples, Inc. Attn: Daneen Kastanek 1 Environmental Way Broomfield CO 80021 | Claim 000010, Payment 15.96912% | 7100-000 | | 725.60 | 73,317.64 |
| 11/13/14 | 005014 | FedEx TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy | Claim 000011, Payment 15.96906% (11-1) Modified on 10/10/2012 to | 7100-000 | | 219.45 | 73,098.19 |

| | | | Page Subtotals | 0.00 | 13,735.57 | |

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 12-28257 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9820 Checking Account |
| Taxpayer ID No: | *******9954 | | |
| For Period Ending: | 06/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 3965 Airways Blvd. Module G., 3rd Floor | correct PDF vb | | | | |
| | | | Memphis, TN 38116 | | | | | |
| | 11/13/14 | 005015 | Voiance Language Services, LLC. | Claim 000012, Payment 15.96475% | 7100-000 | | 17.21 | 73,080.98 |
| | | | 5780 N. Swan Rd | | | | | |
| | | | Tucson, AZ. 85718 | | | | | |
| | 11/13/14 | 005016 | Whitman Insight Strategies | Claim 000015, Payment 15.96915% | 7100-000 | | 2,634.91 | 70,446.07 |
| | | | 80 Eighth AVe., Ste. 1210 | (15-1) Incorrect Debtor Name Filer | | | | |
| | | | New York, NY 10011 | Notified to file an Amended Claim on 10/24/12 | | | | |
| | | | | (DEM) | | | | |
| | 11/13/14 | 005017 | Arrow Messenger Service | Claim 000016, Payment 15.96928% | 7100-000 | | 63.43 | 70,382.64 |
| | | | 1322 W. Walton | | | | | |
| | | | Chicago, IL 60642-5340 | | | | | |
| | 11/13/14 | 005018 | Georgia Department of Revenue | Claim 000017, Payment 15.96871% | 7100-000 | | 41.64 | 70,341.00 |
| | | | Bankruptcy Section | | | | | |
| | | | 1800 Century Blvd. NE Suite 17200 | | | | | |
| | | | Atlanta, GA 30345 | | | | | |
| | 11/13/14 | 005019 | Christy Webber Landscapes | Claim 000018, Payment 15.96900% | 7100-000 | | 159.69 | 70,181.31 |
| | | | 2900 W. Ferdinand | | | | | |
| | | | Chicago, IL 60612 | | | | | |
| | 11/13/14 | 005020 | Lakeshore Athletic Services | Claim 000019, Payment 15.96913% | 7100-000 | | 1,347.59 | 68,833.72 |
| | | | 7555 N. Linder | | | | | |
| | | | Skokie, IL 60077 | | | | | |
| | 11/13/14 | 005021 | Blackbaud | Claim 000020, Payment 15.96911% | 7100-000 | | 3,379.43 | 65,454.29 |
| | | | 2000 Daniel Island Dr. | | | | | |
| | | | Charleston, SC 29492-7541 | | | | | |
| * | 11/13/14 | 005022 | Iron Mountain Information Management LLC | Claim 000021A, Payment 15.96915% | 7100-004 | | 212.23 | 65,242.06 |
| | | | Attn: Joseph Corrigan | | | | | |
| | | | 745 Atlantic Avenue | | | | | |
| | | | Boston, MA 02111-2735 | | | | | |
| * | 11/13/14 | 005022 | Iron Mountain Information Management LLC | Stop Payment Reversal | 7100-004 | | -212.23 | 65,454.29 |

| | Page Subtotals | 0.00 | 7,643.90 |
|---|---|---|---|

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | |
|---|---|
| Case No: | 12-28257 -JPC |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ |
| | |
| Taxpayer ID No: | *******9954 |
| For Period Ending: | 06/19/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9820  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attn: Joseph Corrigan | STOP PAY ADD SUCCESSFUL | | | | |
| | | 745 Atlantic Avenue | | | | | |
| | | Boston, MA 02111-2735 | | | | | |
| 11/13/14 | 005023 | 135 S. LaSalle Property LLC | Claim 000022, Payment 15.96912% | 7100-000 | | 64,205.87 | 1,248.42 |
| | | c/o James D. Roberts, Chen Nelson Robert | (22-1) Modified on 12/10/12 to | | | | |
| | | 203 N. LaSalle - 15th Floor, Chicago, IL | correct creditors address(DEM) | | | | |
| 11/13/14 | 005024 | Brinks, Incorporated | Claim 000023, Payment 15.96939% | 7100-000 | | 271.28 | 977.14 |
| | | Tamara Carman | | | | | |
| | | 555 Dividend Dr, Suite 100 | | | | | |
| | | Coppell, TX 75019 | | | | | |
| 11/13/14 | 005025 | EverBank Commercial Finance, Inc. | Claim 000024, Payment 15.96911% | 7100-000 | | 447.71 | 529.43 |
| | | f/k/a Tygris Vendor Finance, Inc. | | | | | |
| | | 10 Waterview Blvd., Parsippany, NJ 07054 | | | | | |
| | | Attn: Annette McGovern | | | | | |
| * 11/13/14 | 005026 | CLERK OF THE BANKRUPTCY COURT | REMITTED TO COURT | | | 3.20 | 526.23 |
| | | 219 SOUTH DEARBORN STREET,  ROOM 713 | DIVIDENDS REMITTED TO THE COURT | | | | |
| | | CHICAGO, IL  60604 | ITEM #      CLAIM #        DIVIDEND | | | | |
| | | | ================================= | | | | |
| * | | | 5         000005A          3.20 | 5800-001 | | | |
| * 11/13/14 | 005026 | CLERK OF THE BANKRUPTCY COURT | VOID | | | -3.20 | 529.43 |
| | | 219 SOUTH DEARBORN STREET,  ROOM 713 | Disbursing to IRS. | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| * 11/13/14 | 005027 | Internal Revenue Service | Claim 5A, payment 100.00000% | 5800-003 | | 3.20 | 526.23 |
| | | P.O. Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| * 12/15/14 | 005009 | Internal Revenue Service | Claim 000005, Payment 15.96891% | 7100-003 | | -282.87 | 809.10 |
| | | | IRS returned - IRS failed to withdraw their fully paid | | | | |
| | | | clailm. | | | | |
| * 12/15/14 | 005027 | Internal Revenue Service | Claim 5A, payment 100.00000% | 5800-003 | | -3.20 | 812.30 |
| | | P.O. Box 7346 | Returned by IRS -- IRS failed to withdraw their fully | | | | |

| | Page Subtotals | 0.00 | 64,641.99 |
|---|---|---|---|

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

Page: 5

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-28257 -JPC |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9820 Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9954 |
| For Period Ending: | 06/19/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19101-7346 | paid claim. | | | | |
| 12/15/14 | 005028 | SAFETY SERVICE SYSTEMS INC A/K/A S3 INC. DLA PIPER LLP (US) ATTN: DANIEL M. SIMON 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO, ILLINOIS 60640 | Claim 000002, Payment 0.05299% | 7100-000 | | 9.77 | 802.53 |
| 12/15/14 | 005029 | Jones Public Affairs 1420 K. St., NW, Ste. 1050 Washington, DC 20005 | Claim 000006, Payment 0.05295% | 7100-000 | | 8.78 | 793.75 |
| 12/15/14 | 005030 | Special Event Services Group P.O. Box 927 Lombard, IL 60148 | Claim 000009, Payment 0.05297% | 7100-000 | | 15.96 | 777.79 |
| 12/15/14 | 005031 | Whitman Insight Strategies 80 Eighth AVe., Ste. 1210 New York, NY 10011 | Claim 000015, Payment 0.05297% (15-1) Incorrect Debtor Name Filer Notified to file an Amended Claim on 10/24/12 (DEM) | 7100-000 | | 8.74 | 769.05 |
| 12/15/14 | 005032 | Blackbaud 2000 Daniel Island Dr. Charleston, SC 29492-7541 | Claim 000020, Payment 0.05297% | 7100-000 | | 11.21 | 757.84 |
| 12/15/14 | 005033 | 135 S. LaSalle Property LLC c/o James D. Roberts, Chen Nelson Robert 203 N. LaSalle - 15th Floor, Chicago, IL | Claim 000022, Payment 0.05298% (22-1) Modified on 12/10/12 to correct creditors address(DEM) | 7100-000 | | 213.01 | 544.83 |
| 03/12/15 | 005034 | Iron Mountain Information Management LLC Attn: Joseph Corrigan 745 Atlantic Avenue Boston, MA 02111-2735 | Claim 21A Payment 15.96915% | 7100-000 | | 212.23 | 332.60 |
| 03/12/15 | 005035 | Iron Mountain Information Management LLC Attn: Joseph Corrigan 745 Atlantic Avenue Boston, MA 02111-2735 | Claim 21, Payment 100.00% | 4210-000 | | 314.00 | 18.60 |
| 04/23/15 | 005036 | CLERK OF THE BANKRUPTCY COURT | REMITTED TO COURT | | | 18.60 | 0.00 |

| | | Page Subtotals | | 0.00 | 812.30 | |
|---|---|---|---|---|---|---|

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 12-28257  -JPC |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ |
| | |
| Taxpayer ID No: | *******9954 |
| For Period Ending: | 06/19/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9820  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 SOUTH DEARBORN STREET,  ROOM 713 CHICAGO, IL  60604 | DIVIDENDS REMITTED TO THE COURT | | | | | |
| | | | ITEM #   CLAIM #   DIVIDEND | | | | | |
| | | | ============================= | | | | | |
| | | | 1 | 000001 | 2.61 | 7100-001 | | | |
| | | | 3 | 000003 | 0.44 | 7100-001 | | | |
| | | | 4 | 000004 | 1.65 | 7100-001 | | | |
| | | | 7 | 000007 | 2.27 | 7100-001 | | | |
| | | | 10 | 000010 | 2.41 | 7100-001 | | | |
| | | | 11 | 000011 | 0.73 | 7100-001 | | | |
| | | | 12 | 000012 | 0.06 | 7100-001 | | | |
| | | | 16 | 000016 | 0.21 | 7100-001 | | | |
| | | | 17 | 000017 | 0.14 | 7100-001 | | | |
| | | | 18 | 000018 | 0.53 | 7100-001 | | | |
| | | | 19 | 000019 | 4.47 | 7100-001 | | | |
| | | | 21 | 000021A | 0.70 | 7100-001 | | | |
| | | | 23 | 000023 | 0.89 | 7100-001 | | | |
| | | | 24 | 000024 | 1.49 | 7100-001 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 109,980.32 | 109,980.32 | 0.00 |
| Less:  Bank Transfers/CD's | 109,980.32 | 0.00 | |
| Subtotal | 0.00 | 109,980.32 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 109,980.32 | |

Page Subtotals                    0.00              0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 12-28257 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******8068  Congressional Bank Checking Account |
| Taxpayer ID No: | *******9954 | | | |
| For Period Ending: | 06/19/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | 1 | Horwood Marcus & Berk Chartered | Refund Check | 1290-000 | 972.18 | | 972.18 |
| 08/24/12 | 1 | VSP | Refund of premium | 1290-000 | 51.10 | | 1,023.28 |
| 08/24/12 | 12 | 300 W Adams (Chicago), LLC | Return of Security Deposit | 1290-000 | 6,216.00 | | 7,239.28 |
| 09/05/12 | 2 | UnionPartnershipBank | Checking Account Balance | 1129-000 | 39,983.54 | | 47,222.82 |
| 09/05/12 | 3 | Urbanpartnershipbank | balance of bank account | 1129-000 | 5,000.00 | | 52,222.82 |
| 09/17/12 | 6 | Checks In The Mail | | 1221-000 | 1,722.71 | | 53,945.53 |
| 09/17/12 | 7 | Benefit Analysis | | 1229-000 | 2,353.20 | | 56,298.73 |
| 09/17/12 | 7 | Benefit Analysis Inc. | | 1229-000 | 4,381.42 | | 60,680.15 |
| 09/17/12 | 6 | Medical Faculty Associates | | 1221-000 | 72.60 | | 60,752.75 |
| 09/17/12 | 4 | Walgreens | | 1221-000 | 10,000.00 | | 70,752.75 |
| 09/20/12 | 6 | United of Omaha Life Insurance Co | Refund from cancelled policy | 1221-000 | 208.28 | | 70,961.03 |
| 10/03/12 | 8 | 501(c) Agencies Trust | Balance of Trust | 1290-000 | 14,246.60 | | 85,207.63 |
| 10/09/12 | 6 | Benefit Analysis, Inc. | | 1221-000 | 728.07 | | 85,935.70 |
| 10/29/12 | 9 | Living Beyond Breast Cancer | Auction Money In Advance | 1180-000 | 5,000.00 | | 90,935.70 |
| 10/29/12 | 003001 | Living Beyond Breast Cancer | Return of funds | 1180-000 | | 5,000.00 | 85,935.70 |
| | | | Not the winning bidder. | | | | |
| 10/30/12 | 9 | ABCD, Inc. | Winning Auction Bid | 1129-000 | 5,000.00 | | 90,935.70 |
| 10/30/12 | 003002 | Precision Payroll | Tax document preparation - W-2s | 2990-000 | | 241.09 | 90,694.61 |
| 11/30/12 | 6 | Chicago Park District | | 1221-000 | 3,200.00 | | 93,894.61 |
| 11/30/12 | 10 | Internal Revenue Service | | 1224-000 | 1,270.48 | | 95,165.09 |
| * 11/30/12 | 003003 | Chicago Park District | Refund of Deposit | 1229-003 | | 3,200.00 | 91,965.09 |
| * 11/30/12 | 003003 | Chicago Park District | Refund of Deposit | 1229-003 | | -3,200.00 | 95,165.09 |
| | | | Not a check,to pay out, a receipt for deposit | | | | |
| 12/20/12 | 003004 | Prime Plan Solutions | 401(k) plan termination fee | 2990-000 | | 250.00 | 94,915.09 |
| 12/21/12 | 003005 | Sarah K. Baker | Reimbrusement for moving truck | 2990-000 | | 535.00 | 94,380.09 |
| | | | Ms. Baker used her personal credit card to cover the | | | | |
| | | | cost of the moving truck for the servers when the | | | | |
| | | | moving company insisted that they see the Q&B | | | | |

Page Subtotals            100,406.18            6,026.09

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-28257 -JPC | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******8068 Congressional Bank Checking Account |
| Taxpayer ID No: | *******9954 | | |
| For Period Ending: | 06/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | credit card, which was not available. | | | | |
| 01/15/13 | | ABCD Inc. | Wire Transfer on 11/13/12 | 1129-000 | 20,000.00 | | 114,380.09 |
| 02/14/13 | 003006 | International Sureties, Inc. | Bond #016026455 Pro Rata Share | 2300-000 | | 83.70 | 114,296.39 |
| * 02/25/13 | 003007 | Illinois Charity Bureau Fund | Extension for Y-Me | 3420-003 | | 15.00 | 114,281.39 |
| 03/08/13 | | Congressional Bank | Bank Charges | 2600-000 | | 109.68 | 114,171.71 |
| 04/22/13 | | Congressional Bank | Bank Charges | 2600-000 | | 121.27 | 114,050.44 |
| 05/09/13 | | Congressional Bank | Bank Charges | 2600-000 | | 117.28 | 113,933.16 |
| 05/16/13 | 003008 | Attorney General State of Illinois Charitable Trust Bureau | Late Fee | 2990-000 | | 100.00 | 113,833.16 |
| * 05/28/13 | 003007 | Illinois Charity Bureau Fund | Extension for Y-Me | 3420-003 | | -15.00 | 113,848.16 |
| 06/04/13 | | Congressional Bank | Bank Charges | 2600-000 | | 121.00 | 113,727.16 |
| 07/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 116.89 | 113,610.27 |
| 08/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 120.63 | 113,489.64 |
| 08/21/13 | 003009 | Ostrow Reisin Berk & Abrams, Ltd. | FEES AND COSTS | | | 3,050.00 | 110,439.64 |
| | | | Fees 3,000.00 | 3410-000 | | | |
| | | | Expenses 50.00 | 3420-000 | | | |
| 09/11/13 | | Congressional Bank | Bank Charges | 2600-000 | | 120.48 | 110,319.16 |
| 10/03/13 | | Congressional Bank | Bank Charges | 2600-000 | | 113.38 | 110,205.78 |
| 10/15/13 | 11 | United States Treasury | F-940 Refund | 1224-000 | 238.98 | | 110,444.76 |
| 11/30/13 | | Congressional Bank | Bank Charges | 2600-000 | | 117.14 | 110,327.62 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 113.37 | 110,214.25 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 117.02 | 110,097.23 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 116.91 | 109,980.32 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 109,980.32 | 0.00 |

| | | | Page Subtotals | 20,238.98 | 114,619.07 | |

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

FORM 2

Exhibit 9

| Case No: | 12-28257  -JPC | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | Y-ME NATIONAL BREAST CANCER ORGANIZ | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******8068  Congressional Bank Checking Account |
| Taxpayer ID No: | *******9954 | | |
| For Period Ending: | 06/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 120,645.16 | 120,645.16 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 109,980.32 | |
| | | | Subtotal | | 120,645.16 | 10,664.84 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 120,645.16 | 10,664.84 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9820 | 0.00 | 109,980.32 | 0.00 |
| Congressional Bank Checking Account - ********8068 | 120,645.16 | 10,664.84 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 120,645.16 | 120,645.16 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00                0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*